IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**FREDERICK SMITH**   PLAINTIFF

v.   No. 3:16-cv-89-DPM

**UNITED STATES DEPARTMENT OF EDUCATION;
BRIAN BEERS, Special Agent; and PHILLIP CARTER,
Former City Council Member**   DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 May 2016