IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FREDERICK SMITH                                                    PLAINTIFF

v.                              No. 3:16-cv-89-DPM

UNITED STATES DEPARTMENT OF EDUCATION;
BRIAN BEERS, Special Agent; and PHILLIP CARTER,
Former City Council Member                                        DEFENDANTS

ORDER

Smith's legal analysis in his third motion to vacate is mistaken. The governing statute requires a merits screening before service. 28 U.S.C. § 1915(e)(2). Smith's latest motion, № 9, is denied. The Court admonishes Smith against filing any more motions in this closed case. His potential remedy, if one remains, is through appeal.

So Ordered.

*DPMarshall*
D.P. Marshall Jr.
United States District Judge

17 August 2016