**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**FREDERICK SMITH**                                                        **PLAINTIFF**

**v.**                                    **Case No. 3:16-cv-00089-KGB**

**U.S. DEPARTMENT OF EDUCATION;**
**BRIAN BEERS; and**
**PHILLIP CARTER**                                                      **DEFENDANTS**

**ORDER**

Before the Court is plaintiff Frederick Smith's complaint, motion to proceed *in forma pauperis*, and motion styled as "declaration of exempt filing fee status." On January 29, 2018, Mr. Smith originally tendered to the Clerk for filing his complaint and motions. On March 2, 2018, Mr. Smith tendered to the Clerk for filing the identical complaint and motions. On March 12, 2018, Mr. Smith tendered to the Clerk for filing a motion for the Clerk of Court to initiate service of process. On March 16, 2018, Mr. Smith tendered to the Clerk for filing a proposed scheduling order with notice of jury trial sought and a demand for jury trial. Copies of these documents are attached to this Order. Mr. Smith is on the restricted filers list maintained by the Clerk of the Court. Based on this status, the Court must first review Mr. Smith's complaint and motion to proceed *in forma pauperis*. Based on Mr. Smith's application, he has neither the funds nor the income to pay the filing fee. Therefore, the Court grants Mr. Smith's motion to proceed *in forma pauperis* and will permit Mr. Smith to proceed without prepayment of the filing fee.

Based on Mr. Smith's status as a restricted filer and based on the filings he has submitted for consideration, the Court determines that Mr. Smith may not proceed with his current claims because they are duplicative of the complaint in this action previously filed by Mr. Smith. "[28 U.S.C. §] 1915(d) allows federal courts to dismiss frivolous or malicious actions that are filed in

forma pauperis," including "duplicative complaints." *Aziz v. Burrows*, 976 F.2d 1158, 1158 (8th Cir. 1992). The Court finds that the complaint Mr. Smith now proposes to file is duplicative of the complaint filed by Mr. Smith in *Frederick Smith v. U.S. Department of Education, et al.*, 3:16-cv-00089-KGB, (E.D. Ark. May 24, 2016). In the case, Judge D.P. Marshall, Jr., dismissed Mr. Smith's complaint without prejudice because it did not pass the screening requirements. *Id.* at 4-5. Judge Marshall reasoned that Mr. Smith's claims under 42 U.S.C. § 1983 and the Fourth Amendment to the United States Constitution both failed because the act of taking another's property does not violate the United States Constitution when the state provides an adequate post-deprivation remedy, which Arkansas provides under tort law. *Id.* (citing *Hudson v. Palmer*, 468 U.S. 517, 533 (1984)). In the complaint currently before the Court for consideration, Mr. Smith also alleges that defendants violated state and federal criminal law by transporting goods that were knowingly stolen. Mr. Smith's claims relating to the transportation of stolen goods fail because, as a general rule, criminal statutes do not create private causes of action. *See e.g., Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1973).

In the complaint currently before the Court for consideration, Mr. Smith has raised issues directly related to those alleged and dismissed in his complaint previously filed in this case. He has not cured the deficiencies cited by Judge Marshall previously. Therefore, for these reasons, the Court declines to permit Mr. Smith to proceed with this action and dismisses without prejudice Mr. Smith's proposed complaint in this action.

It is so ordered this the 24th day of April, 2018.

_____
Kristine G. Baker
United States District Judge

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Frederick Smith

JAMES W. McCOOL

**DEFENDANTS**

US Department of Education
Brian Beers Special Agent/PHILLiP Carter

(b) County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

BY:_____

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
*(U.S. Government Not a Party)*

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 720 Labor/Management | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Theft of property + ILLegal Entering / Trafficking across state line
Brief description of cause:
search an seize without Warrant / violated Color Law

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*:

JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| Frederick Smith<br>*Plaintiff(s)*<br><br>v.<br><br>U.S Department of Education<br>Brian Beers Special AGent<br>Phillip Carter Former City Council<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   U.S Department of Education 1999 Bryan ST. Harwood center Suite 1440 Dallas Tx. 75201

Brian Beers, Special Agent, 1999 Bryan ST, Harwood center Suite 1440 Dallas Tx. 75201

Phillip Carter, Former West Memphis city Council

A lawsuit has been filed against you.   205 S. Redding St West Memphis AR. 72301

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                    *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Frederick Smith
*Plaintiff/Petitioner*

v.

U.S. Department of Edc.
Brian Beers, Special Agent
Phillip Carter, Fmr. City Council
*Defendant/Respondent*

)
)
)
)
)
)

Civil Action No.

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____0_____ , and my take-home pay or wages are: $ _____0_____ per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: $ **0 (unemployed)** .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

2005 Motorless
Ford expidition.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Living with Family

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Fred Smith Jr. son
Gabrielle Smith Daugther
Fred Smith Sr - Daddy
Tasha Smith Wife

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

None

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: JANUARY 24 2018

_____
*Applicant's signature*

Frederick Smith
*Printed name*

IN THE **DISTRICT** COURT OF **U.S.** COURT , ARKANSAS

IN RE PETITION OF *Fred Smith*
TO PROCEED IN FORMA PAUPERIS

CASE NO. _____

## PETITION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

COMES NOW the Plaintiff, *Fred Smith* , *pro se*, who hereby petitions the

court for Leave to Proceed *In Forma Pauperis* and does allege and state as follows:

1. That Plaintiff, a resident of the State of Arkansas, has prepared and desires to file with

this Court a _____ **LAWSUIT** _____.

2. That Plaintiff has completed an Affidavit in Support of Request to *Proceed In Forma*

*Pauperis* setting out his/her income and assets. Plaintiff's Affidavit accompanies this petition.

3. That Plaintiff's income barely suffices to meet the costs of life's daily essentials and

includes no allotment that could be budgeted to pay for court fees and costs incident to this

proceeding.

4. That Plaintiff has no other income in addition to that described in his/her Affidavit and

no means of paying such costs without being reduced to total impoverishment.

6. That Plaintiff believes that he/she is entitled to the relief requested in the

accompanying _ **LAWSUIT** ___ and that such action is not brought for a frivolous or

malicious purpose.

WHEREFORE, Plaintiff prays that the court enter an order allowing the Plaintiff to prosecute this action *In Forma Pauperis* and that the Plaintiff may have the necessary writs and processes without payment of fees or costs for the same.

Respectfully submitted,

SIGNATURE: _____

ADDRESS: P.O. Box 303
Crawfordsville Ark 72327

PHONE: 901 513 9710

**In Forma Pauperis Affidavit**
**[see Rule 72, Rules of Civil Procedure]**

IN THE **DISTRICT** COURT **U.S.** COURT., ARKANSAS

IN RE PETITION OF *Fred Smith*
TO PROCEED IN FORMA PAUPERIS

NO. ___

AFFIDAVIT IN SUPPORT OF
REQUEST TO PROCEED IN FORMA PAUPERIS

    I, *Fred Smith*, being first duly sworn, depose and say that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

    I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? Yes ___ No ✓

(a) If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.


(b) If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.


2. Have you received within the past twelve months any money from any of the following sources?

(a) Business, profession or any form of self-employment?

Yes ___ No ✓

(b) Rent payments, interest or dividends?

Yes ___ No ___

(c) Pensions, annuities or life insurance payments?

Yes ___ No ___

(d) Gifts or inheritances?

Yes ___ No ___

(e) Any other sources?

Yes ___ No ___

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in a checking or savings account?

Yes ___ No ✓

If the answer is yes, state the total amount in each account.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ___ No ✓

If the answer is yes, describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

Wife working Supporting the family.

Gabriel    5      Tasha   wife
Fred Jr.  11      Fred Sr.  Petitioner

[6. TO BE COMPLETED ONLY IF PETITIONER IS INCARCERATED IN THE ARKANSAS DEPARTMENT OF CORRECTION OR ANY OTHER PENAL INSTITUTION.

Do you have any funds in the inmate welfare funds?

Yes ___ No ✓

If the answer is yes, state the total amount in such account and have the certificate found below completed by the authorized officer of the institution.]

    I understand that false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

                                              Signature of Petitioner

STATE OF ARKANSAS

COUNTY OF CRITTENDEN

    Petitioner, Fred Smith, being first duly sworn under oath, presents that he/she has read and subscribed to the above and states that the information therein is true and correct.

SUBSCRIBED AND SWORN to before me this 18 day of January, 2018.

                                          Notary Public

PAULA S. ADAMS
MY COMMISSION # 12981080
EXPIRES: April 4, 2021
Crittenden County

My commission expires:

[(To be completed by authorized officer of penal institution)

## CERTIFICATE

I hereby certify that the petitioner herein, _Fred Smith_ , has the sum of $ _O_ on account to his/her credit at the _N/A_ institution where he/she is confined.

I further certify that petitioner likewise has the following securities to his/her credit according to the records of said institution:

_None_

_____.

_____

Authorized Officer of Institution]

## DISTRICT COURT OF THE UNITED STATES
## EASTERN DISTRICT OF ARKANSAS

Frederick Smith
Vs.

US Department of Education 1999 BRYAN ST. HARWOOD CENTER SUITE 1440 Dallas, TX 75201
BRIAN BEERS SPECIAL AGENT 1999 BRYAN ST. HARWOOD CENTER SUITE 1440 Dallas, TX 75201
PHILLIP CARTER Former City Council 205 S. Redding St. West Memphis, AR 72301

48 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* 48

# DECLARATION
OF
# Exempt Filing Fee Status
48 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* 48

The Citizen of the United States Government, *not* United States of America, does make this
Declaration that the "Citizen" of the said district are exempt from cost, filing fees and charges
imposed by any courts, boards of law pursuant to and according to:

1    Constitution of the United States Article 4, sec. 2
2    **Hague Convention,**
3    **State Department of the United States**
     "The citizens of each State shall be entitled to all privileges and immunities of
     citizens in the several States."
4    7th Amendment
     "In suits at common law, where the value in controversy shall exceed twenty
     dollars, the right of trial by jury shall be preserved ..."

*Right:* Political Right...the right of petition. Blacks 3rd Ed. P. 524; Winnet v. Adam, 71 Neb.
817, 99 N. W. 681: see Black's Law Dictionary 7th Ed. Pg.1487-1488:

5    1st Amendment Constitution of the United States:
     "...the right of the people...to Petition the Government for a redress of
     grievances".
**Petition:** A formal written application to a court requesting judicial action on a certain matter. A
recital of facts which gives rise to a cause of action"
6    Title 8 USC 1503 (a):
     "If any person who is within the United States claims a RIGHT or PRIVILEGE as
     a National of the United States – 8 USC 1101(a) (22), and is denied such right or
     privilege by any department or independent agency or official thereof, upon the
     grounds that he is not a national of the United States, such person may institute a

action under the provisions of section 2201 of titled 28, United States codes...against the head of such department of independent agency for a judgment declaring him to be a national of the United States..."

Privilege: "A particular and peculiar benefit or advantage enjoyed by a person, Company, or **CLASS**, beyond the Common advantage of other Citizens. An exceptional or extraordinary power or exemption. A peculiar right, advantage, exemption, power, franchise, or immunity held by a person or class, not generally possessed by others".

7       14th Amendment
"No State shall make or enforce any law which shall abridge the privileges and immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property without due process of law, nor deny to any person protection of the law".

The term "Right" is nowhere defined as a filing fee, Payment, charge, burden or tax and is in violation of Constitution of the United States herein asserted. As a Foreign National Preamble-Posterity ...Citizen of the United States [whose ancestors additionally served in the Army and Navy of United States] I, claim, inter alia, the Right or Grand Fathering or Grandfather Clause.

As a "National of the United States" I have claimed the Right and Privilege so indicated in 8 USC 1503 (a), inter alia, here in named and when challenged by anyone in the department of the Clerk of court, action pursuant to 8 USC 1503(a) against the head of such department in accordance with 8 USC 2201 shall be initiated.

This $20$ day of _____ J A N U A R Y ____ 201&

Fred Smith

# DISTRICT COURT OF THE UNITED STATES
## EASTERN DISTRICT OF ARKANSAS

Frederick Smith

Vs.                                    Case:

PHILLIP CARTER - FBI; DOJ Informant 205 S. Redding St. West Memphis, AR 72301
BRIAN BEERS SPECIAL AGENT 1999 BRYAN ST. HARWOOD CENTER SUITE 1440 Dallas, TX 75201
US Department of Education 1999 BRYAN ST. HARWOOD CENTER SUITE 1440 Dallas, TX 75201

---

## COMPLAINT
## NO SEARCH WARRANT VIOLATION
### BURGLARY, TRESSPASS, THEFT OF PROPERTY
### AND
### ILLEGAL ENTERING, TRAFFICKING STOLEN GOODS

COME NOW; Fred Smith herein asks the court to determine, rule on, make a legal determination
if there was, is, a "Warrant" to enter the office of a State Representative.

## DISCUSSION

Former City Council member Phillip Carter was under the authority of the Eastern
Division Little Rock Arkansas "Department of Justice" as an "Informant" who used to be a
Correction Officer that went corrupt and was signed on to be a "Informant" for the FBI, and
other Federal government agency to be the "bag man" for 'odd jobs' that were deemed important
to the FBI, and other Federal government agencies. Phillip Carter was "recruited" by Brian Beers
who got orders from the national office of "Department of Justice" – Little Rock, AR,·.; where
Brian Beers an agent of the Department of Education in Texas went into the office of a State
Representative "without a warrant" and took all the property out of the office "without a
warrant", transported the property across State lines, and then wrote a letter to petitioner to come
get such property they took "with no warrant"; it is asked of this court to determine this "Fact",
"Truth" by the "Evidence" that exist that petitioner was, is, never was convicted.

## FACTS

1    Brian Beers, Phillip Carter together did not seek a copy of a grand jury indictment per
*pre-requisite* **AR 7-5-807(D)**with a Warrant to enter petitioners office.

2    There was no finding of guilt per **AR 7-5-808** that would allow the actions taken by Brian
Beers, Phillip Carter, who should have known or knew that you cannot just break into the office

of a State Representative without a warrant and take all the property out of that office without a warrant.

3     The brains of corrupt behavior is Brian Beers who recruited Phillip Carter, a Department of Justice FBI Informant, where the two of them Brian Beers Principal and Phillip Carter Participant superior to physically carry out the enterprises desires-DEPARTMENT OF JUSTICE, with principal Brian Beers, directing the players by his influence and corrupt activity to enter the office of Fred Smith "Without a Warrant" which is illegal and unlawful and crush his character, good name that shocks the conscious, by stealing the office equipment, without a warrant of the 4th amendment.

4     Nor did Brian Beers, Phillip Carter pursuant to **Article 5 sec. 9 Constitution of Arkansas** filed a complaint after Fred Smith returned to his government seat in regards to the business of his constituents **AR 7-5-805** nor did they have a warrant to go into the office.

5     Phillip Carter & Brian Beers violated **AR 5-36-103** by deception that exercises unauthorized control over or makes an unauthorized transfer of an interest in the property of another person with the purpose of depriving the owner of the property.

    A) Defendants deliberately adhered and participated in a conflict of interest that violates the Constitution of Arkansas, and petitioner Article 4, sec. 2 Constitution of the United States "privileges & immunities" from having no warrant to enter the office of a State Rep. which violates the 4th Amendment of the Constitution of the United States.

    B) Defendants violated **AR 5-51-205** where they "acted" unlawfully without a "Warrant" for seizure of petitioner's office and office equipment without cause violating **AR 5-51-205**.

    C) Defendants knew or should have known that they may not use or hire an "informant" to break into the office of petitioner and take all of his personal effects in violation of the 4th amendment, and take all the property out of this "office" without a Warrant violating **AR 5-53-131**.

    D) Defendants made a legal determination without authority to do so, by recruiting Phillip Carter to assist them in taking property, breaking into, and illegal entering the private property of petitioner without a "Warrant" who violated **AR 25-16-1101**.

    E) Brian Beers, Phillip Carter under the direction of the DEPARTMENT OF JUSTICE, behaved with corruption in public office by stole his private property without a warrant that they knew or should have known they were violating **AR 5-52-107**. This corruption in public office has a history and long train of abuse because Phillip Carter et al always do it this way; this is why he has been being used for years to be the "Bag Man" for the DEPARTMENT OF JUSTICE and FBI et al.

    *F)* Brian Beers et al actions comply with **AR 5-53-131; 5-52-107**; and influencing action by an "Unknown" FBI Agent to give orders to Brian Beers and Phillip Carter to violate State law and the 4th Amendment of the Constitution of the United States to not secure a

"Warrant" to enter the office of a Government Official by the orders of some unknown person who violated **AR 5-52-105**.

G) The actions by Brian Beers et al were calculated, deliberate and frivolous in regards to Arkansas law. **AR 5-52-107** Abuse & Corruption in Office; **AR 25-16-1102** Brian Beers et al was chosen and Brian Beers accepted the role; **AR 5-53-106** Brian Beers et al committed a "Constitutional Breach" of the 4th Amendment to take property out of an Sitting State Representative Official office with "No Warrant".

## STATE TRAFFICKING LAW VIOLATION

1    Under Color of Law, Brian R. Beers, Phillip Carter from orders of the DEPARTMENT OF JUSTICE transported, transmitted, or transferred in interstate or foreign commerce petitioners goods, wares, merchandise, securities, of the value of $5,000 or more, knowing the same to have been stolen, converted or taken by fraud.

2    Under Color of Law, Brian R. Beers, Phillip Carter from orders of the DEPARTMENT OF JUSTICE, devised a scheme or artifice to obtain property by means of false or fraudulent pretenses, representations, or promises, by his transports or causes to be transported, or induces Brian R. Beers or persons to travel in, or to be transported in interstate or foreign commerce in the execution or concealment of a scheme or artifice to defraud petitioner and property having a value of $5,000 or more.

3    Under Color of Law, He Brian R. Beers, from orders from the DEPARTMENT OF JUSTICE sent a letter years later, for petitioner to come get the property they stole, but they did not have a warrant to ascertain the property they were writing a letter to come get furthermore; they knew the property taken was done without a warrant by the letter to that says without saying "...We messed up, we had no warrant, so come get your property to get the DEPARTMENT OF JUSTICE off the hook" is absurd, they must go down,

4    Under Color of Law, Brian R. Beers knowing the same to have been stolen, converted or taken by fraud—Shall be fined under Federal Law or imprisoned not more than ten years, or both.

## DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF

Petitioner herein seeks a Declaratory Judgment and Injunctive Relief to the acts, behavior of Brian Beers, Phillip Carter, DEPARTMENT OF EDUCATION Under Color of Law, who must show, verify what warrant they were given from a Judge in Crittenden County of Arkansas to

obtain such "Declaratory & Injunction" to stop defendants and reverse all action by defendants and declare such actions were, are without a "Warrant" and authority.

1 Article 4, section 2 Constitution of the United States provides petitioner with a privilege & immunity, to be free have a office and have office equipment without being targeted from a FBI informant, and Special Agent of the Department of Education, to have his office broken into and have his office equipment stolen without a 4th amendment warrant, shocks the conscious that a Federal official agent would behave in such manner against a State Representative.

2 DEPARTMENT OF EDUCATION has delegated its policing operations to, Special Agent Brian Beers who has delegated its statutory responsibility for, and final policy making authority regarding the provision of ENTERING a State Congressman's office without authority, 4th amendment warrant, by allowing a City Council Member Phillip Carter to perform this function for Department of Education without interference or correction.

3 DEPARTMENT OF EDUCATION has delegated its operations to Brian Beers who has delegated final policy making authority regarding the entering the office of a State Representative without permission, 4th amendment warrant and jurisdictional action, by allowing City Council Member Phillip Carter to perform aspects of this function without interference or correction.

4 The policy making decisions of DEPARTMENT OF EDUCATION with regard to the provision of ENTERING the office of a State Congressman are within the jurisdictional bounds of STATE OF ARKANSAS, Crittenden County and are imputed to Crittenden County Court.

5 The policy making decisions mentioned of DEPARTMENT OF EDUCATION including those imputed to Special Agent Brian Beers by DEPARTMENT OF EDUCATION are imputed to Crittenden County by Phillip Carter, are imputed and serve to bind both, Brian Beers, Phillip Carter to the jurisdiction of Crittenden County Court directly or indirectly in violation of ARA 7-1-103; AR5-53-131.

6 It is the official policy of DEPARTMENT OF EDUCATION, to steal a Sitting State Representatives private property by breaking into his office for no reason is forced slavery, violation of the Constitution of Arkansas, and Constitution of the United States too.

7 In the alternative, the manner in which CITY OF WEST MEMPHIS ARKANSAS City Council Member officials are trained, including the design and implementation of training programs and the follow-up supervision of trainees, is a matter of policy.

8 These actions committed have become widespread to recognize the quality of custom or usage in Department of Education. The official duty of final policy makers of DEPARTMENT OF

EDUCATION inter alia, to be informed of custom or usage and, such policy makers had manifest opportunities to be informed of Brian Beers, actions.

9 The actual or constructive knowledge of the existence of this custom or usage and intentionally or with deliberate indifference, failed to correct or stop the practices and thus condoned it. This condonement may fairly be attributed in part to STATE OF ARKANSAS and DEPARTMENT OF EDUCATION and part to CITY OF WEST MEMPHIS.

10 The actions committed deprived petitioner of his Constitutional Privileges and Immunities to adequate allowance of Constitutional Right to not be seized anywhere without law is furtherance of an official policy, custom or usage of DEPARTMENT OF EDUCATION, and WEST MEMPHIS CITY COUNCIL, and such official policy, custom, or usage was direct and proximate cause of such deprivation.

11 DEPARTMENT OF EDUCATION are not entitled to qualified, sovereign immunity because of the purchase of "Bond Insurance".

12 Brian Beers in his official capacity is a person within the meaning of 42 USC 1983.

13 Such conduct poses a pervasive and unreasonable risk of Constitutional violations and injury-such are the violations here; to petitioner. Phillip Carter a City Council Member got the keys from the Pastor who had actual constructive knowledge given to him from state officers, who knew or should have known having a meeting of the minds. Governors all decided to engage in conduct that posed pervasive and unreasonable risk of Constitutional violations and injury to petitioner.

14 The deliberate indifference to, or tacit authorization of, such unconstitutional conduct shows the response of actual or constructive knowledge of this pervasive and unreasonable risk of Constitutional violation and injury to petitioner.

15 A reasonable person in the position of defendants would have known that his or her actions violated petitioner's Article 4, section 2 Constitutional Privileges and immunities along with certain state statutory provisions.

16 Treble damages are entitled to be given to petitioner for such wrong or injury pursuant to Arkansas Law.

17 Defendants' conduct was willful or wanton in that it constituted the conscious and intentional disregard of, and indifference to, the privileges and immunities, of petitioner, which said

defendants knew, or should have known, was reasonably likely to result in injury, damage, or IRREPARABLE harm.

## VIOLATING THE 4TH AMENDMENT

1   Brian R. Beers, Phillip Carter together met and discussed how and when to enter petitioners property without a warrant and search it and take all the property and examine it without warrant and just violate petitioner because he is African American.

2   DEAPARTMENT OF EDUCATION failed to train, supervise, instruct, guide in the proper procedures of entering person's property. The aforementioned employer failed to instill and impart into Brian R. Beers, "integrity" to mimic and copy for the sake of protecting the laws of Arkansas, Rights of the Citizens of Arkansas, Privileges & Immunities as possessed pursuant to 4th Amendment; Article 4, sec. 2 Constitution of the United States, Policy & Custom of DEPARTMENT OF EDUCATION was established from this egregious act.

3   Brian R. Beers, Phillip Carter violated the proper levels of access for every transaction where he entered property of a sitting State Representative in violation of the 4th amendment of the Constitution of the United States from instructions from some FBI Agent to violate petitioner and damage the integrity of the name of petitioner, is a wicked, despicable, disgusting, rotten abuse of power to the 10th power, in complete disregard of law, Constitutions, policy and custom DEPARTMENT OF EDUCATION.

## CONSTITUTIONAL QUESTIONS

BEHAVIOR of defendants has raised "Questions" on the Constitutionality of action of Brain Beers-Special Agent for Department of Education, and Phillip Carter employee/informant under the use and control of DEPARTMENT OF JUSTICE to go into the office a State Representative to take property without a 4th Amendment Warrant and transport such property to another State from where it was found, makes the following questions.

1   Can an employee of the Department of Education come into a State and use a FBI Informant to go into a State Representatives office without a warrant and take the property out of it and take it to another State?

2   Can a Federal employee without a warrant take property from a State Representatives office and transport it to another State?

3. Does the Constitution of the United States and Constitution of Arkansas make provisions for Phillip Carter, of Arkansas, Brian Beers of United States Department of Education employee together, to break into the office of a sitting State Representative, take all the office equipment out of the office, take it across state line, without a warrant?

4. Does the Constitution of Arkansas allow a Federal Employee to recruit a person "without a warrant"; to break into the office of a State Representative office that conducts the business affairs for a State Sponsored Federal government funded program called 'SAVE OUR KIDS" and steal the office equipment for no reason?

1. **Article 1sec. 13** of the Arkansas Constitution states: *Every person is entitled to a certain remedy in the laws for all injuries or wrongs he may receive in his person, **property** or character; he ought to obtain justice freely, and without purchase; completely, and without denial; promptly and without delay; conformably to the law.* Defendants Brian R. Beers, Phillip Carter from a unknown FBI agent, without any court order or **4th amendment Warrant** to go into the property when there was and is no court order **or Warrant** allowing them to just break-an-entering to such property because Phillip Carter [FBI Informant] and Brian R. Beers was a Special Agent is a egregious abuse of authority and law.

## BREACH OF SECURITY AND MISCONDUCT ON DUTY

1. The actions of Brian R. Beers. Phillip Carter caused petitioner to be placed into a National Criminal base for no reason whatsoever. authority. which cause irreparable harm to petitioner without cause is clear and concise of an official policy to damage petitioner.

2. Brian R. Beers, Phillip Carter together met and discussed how and when to enter petitioners property without a warrant and search it and take all the property and examine it without warrant and just violate petitioner because he is African American.

3. DEAPARTMENT OF EDUCATION & STATE OF ARKANSAS failed to train, supervise, instruct, guide in the proper procedures of entering person's property. The aforementioned employer failed to instill and impart into Brian R. Beers, Phillip Carter "integrity" to mimic and copy for the sake of protecting the laws of Arkansas, Rights of the Citizens of Arkansas, Privileges & Immunities as possessed pursuant to Article 4, sec. 2 Constitution of the United States.

4. Brian R. Beers, Phillip Carter violated the proper levels of access for every transaction where he entered property in violation of the 4th amendment of the Constitution of the United States from instructions of their policy and custom of the DEPARTMENT OF EDUCATION.

5. There was no search warrant issued because a FOIA request for it was done and a letter was returned stating "...we cannot provide you with that...".

## RESPONDENT SUPERIOR

1 Brian R. Beers, Phillip Carter, DEPARTMENT OF FEDUCATION are persons within the meaning of 42 USC 1983, 1985.

2 DEPARTMENT OF EDUCATION is not entitled to 11th amendment immunity because it is local in nature. DEPARMENT OF EDUCATION is not entitled to sovereign immunity because of the purchase of insurance in bond and otherwise.

3 Article 4, section 2 Constitution of the United States provides petitioner with a privilege & immunity, to be free to obtain and conduct business without being targeted from Brian R. Beers, Phillip Carter et al, to enter his business property and just take all office equipment from no court order is criminal.

4 DEPARTMENT OF EDUCATION has delegated its policing operations to BRIAN R. BEERS who has recruited PHILLIP CARTER former State Representative with no responsibility for, and final policy making authority regarding the provision of ENTERING persons property to take office equipment and enter private property without a warrant, and take such equipment by allowing Brian R. Beers, to perform this function for DEPARTMENT OF EDUCATION without interference or correction.

5 DEPARMENT OF EDUCATION has delegated its INVESTIGATING operations to BRIAN R. BEERS who has delegated final policy making authority regarding the taking of property from businesses, entering business property without warrant, to Brian R. Beers, and jurisdictional action, by allowing Brian R. Beers, to perform aspects of this function without interference or correction. He has recruited Phillip Carter who participated in this theft, robbery, trespass, that is criminal.

6 The policy making decisions of DEPARTMENT OF EDUCATION with regard to the provision of ENTERING persons PRIVATE property and stealing are within the jurisdictional bounds of DEPARTMENT OF EDUCATION are imputed to Brian R. Beers.

7 The policy making decisions mentioned of Brian R. Beers including those imputed to Phillip Carter AS State Representative - STATE OF ARKANSAS are imputed to Phillip Carter by STATE OF ARKANSAS [indirectly] by Governor MIKE BEBE [at time of alleged action] are imputed and serve to bind both, STATE OF ARKANSAS. DEPARTMENT OF EDUCATION and Brian R. Beers, Phillip Carter directly or indirectly.

8 It is the official policy of STATE OF ARKANSAS and DEPARTMENT OF EDUCATION to deny citizens the right to be free upon the land of United States and be targeted by a State Official without law is forced slavery, violation of the Constitution of Arkansas, and Constitution of the United States too.

9 These actions committed have become widespread to recognize the quality of custom or usage in Arkansas & UNITED STATES OF AMERICA. The official duty of final policy makers of STATE OF ARKANSAS and DEPARTMENT OF EDUCATION inter alia, to be informed of custom or usage and, such policy makers had manifest opportunities to be informed.

10 The actual or constructive knowledge of the existence of this custom or usage and intentionally or with deliberate indifference, failed to correct or stop the practices and thus condoned it. This condonement may fairly be attributed in part to DEPARTMENT OF EDUCATION and STATE OF ARKANSAS, and part to BRIAN R. BEERS and PHILLIP CARTER.

11 The actions committed deprived petitioner of his Constitutional Privileges and Immunities to adequate allowance of Constitutional Right to not seize his property without a "Warrant" anywhere without law is furtherance of an official policy, custom or usage of STATE OF ARKANSAS, and DEPARTMENT OF EDUCATION, and such official policy, custom, or usage was direct and proximate cause of such deprivation.

12 GOVERNOR is not entitled to qualified, sovereign immunity because of the purchase of "Bond Insurance".

13 Brian R. Beers, Phillip Carter in their official capacities are persons within the meaning of 42 USC 1983.

14 Such conduct poses a pervasive and unreasonable risk of Constitutional violations and injury-such are the violations here; to petitioner. Brian R. Beers, Phillip Carter had actual constructive knowledge given to him from state officers, who knew or should have known having a meeting of the minds Brian R. Beers, Phillip Carter and Governor all decided to engage in conduct that posed pervasive and unreasonable risk of Constitutional violations and injury to petitioner.

15 The deliberate indifference to, or tacit authorization of, such unconstitutional conduct shows the response of actual or constructive knowledge of this pervasive and unreasonable risk of Constitutional violation and injury to petitioner.

16 A reasonable person in the position of defendants would have known that his or her actions violated petitioner's Article 4, section 2 Constitutional Privileges and immunities along with certain state statutory provisions.
17 GOVERNOR is liable under the law of Arkansas for such actions of Phillip Carter based on the doctrine of respondent superior.

18 Treble damages are entitled to be given to petitioner for such wrong or injury pursuant to Arkansas Law.

19 Petitioner is entitled to recover damages against STATE OF ARKANSAS, DEPARTMENT OF EDUCATION bonds' pursuant to Arkansas law and Laws of the United States.

20 Defendants' conduct was willful or wanton in that it constituted the conscious and intentional disregard of, and indifference to, the privileges and immunities, of petitioner, which said defendants knew, or should have known, was reasonably likely to result in injury, damage, or IRREPARABLE harm.

## DEPRIVING DUE PROCESS. CONSPIRACY. DEPRIVATION AGAINST RIGHTS

1 This is a complained action for the deprivation of rights, conspiracy against rights and denial of petitioner privileges and immunities afforded from Article 4, sec.2 Constitution of the United States Denied. Defendant violated *RICO* and State and Federal Law i.e. 42 USC 1973; 18 USC 2314 – "Trafficking Stolen Goods", Anderson v. United States 411 US 211(1974); 18 USC 241, 242; ARA 7-1-103; AR5-53-131; 52 USCA 10301.

2 Brian R. Beers per business card is a resident of Dallas, TX. Phillip Carter, Governor are residents of Arkansas and all are being sued separately in their official and individual capacities.

3 Governor was responsible for supervising the training, instruction, discipline, and conduct of PHILLIP CARTER including, but not limited to training, instruction, discipline, control, and conduct concerning jurisdiction, Constitution of Arkansas provisions for PROTECTING Citizens rights to not be profiled and have their personal and business property stolen without any Court order, order.

4 DEPARTMENT OF EDUCATION, STATE OF ARKANSAS, was responsible for instituting policy for the entering persons property which includes, but not limited to, setting policy guidelines for training for officers to enter persons property, take property out of premises with only a warrant where petitioner was not convicted to be subject to such behavior. Who told Brian R. Beers, Phillip Carter to go into petitioners business and take his property since no warrant issued to allow them to act, and display behavior to do that? Who told Brian R. Beers, Phillip Carter to steal and enter property falsely what amounts to a "Federal Crime" is evidence of a "Policy" and "Custom" to do this.

5 The established policy has created a custom to enter any person or Citizens property that is free in enjoyment of right to travel, not be seized in Arkansas for any reason. DEPARTMENT OF EDUCATION; STATE OF ARKANSAS is responsible for the established climate and custom that allows Brian R. Beers, Phillip Carter to use deliberate unreasonable AUTHORITY overstepping the State LAW & FEDERAL LAW for personal satisfaction because they were told to do such, in violating the *42 USC 1983, 1985* and denying Petitioner access the 4th Amendment because petitioner is exercising his free enjoyment of the Constitution of the United States privilege, in connection with the Constitution of Arkansas.

6 DEPARTMENT OF EDUCATION; is a political subdivisions of the United States of America.

7 Under 18 USC 241, 242; ARA 7-1-103; AR5-53-131; 42 USC 1983, 1985, at all times pertinent, DEPARTMENT OF EDUCATION; STATE OF ARKANSAS; was responsible for providing and maintaining advocacy of unlawful acts by groups or individuals against other persons or groups, in this case, by Brian R. Beers, Phillip Carter directly or indirectly allowed, authorized the provoking and inciting damage, creating false records. created false and misleading public notification database on petitioner, which action is not constitutionally protected, poses a threat to public order and Constitution of Arkansas, Constitution of the United States and 18 USC 241, 242; ARA 7-1-103; AR5-53-131; 42 USC 1983, 1985 inter alia, and should be subject to criminal sanctions; Also, the deliberate and willful intention of Brian R. Beers, Phillip Carter to conduct behavior by depriving petitioners Right.

8 DEPARTMENT OF EDUCATION; STATE OF ARKANSAS has final policy making authority regarding the provisions on deprivation of rights and conspiracy against rights inter alia.

9 Defendants Governor and Brian R. Beers, Phillip Carter are residents of Arkansas. At all times Governor and Brian R. Beers, Phillip Carter were duly elected and hired and acting directors of DEPARTMENT OF EDUCATION; STATE OF ARKANSAS.

10 DEPARTMENT OF EDUCATION; STATE OF ARKANSAS has allowed Brian R. Beers, Phillip Carter to perform the entering persons PROPERTY without authority, train workers, set policy, which has established certain customs that violate the Constitution of Arkansas and Constitution of the United States. By creating injury to the 42 USC 1983, 1985; Article 4, sec. 2 Constitution of the United States inter alia.

11 At all times pertinent, Governor. Brian R. Beers, Phillip Carter conspired, as a group, had a meeting of the minds. possessing the power to allow petitioner to be safe by depriving his rights and conspired against his rights or stop the established train of abuse committed by Brian R. Beers, Phillip Carter who was suppose to allow any Citizen un deprived right nor conspire against that right unto petitioner. They carry this authority to make sure all of the orders. rules, instructions. policies and regulations promulgated are with the meaning of 18 USC 241, 242; ARA 7-1-103; AR5-53-131; 42 USC 1983, 1985 inter alia. They failed to stop the action that caused this complaint. because they knew before hand thus verifying and perpetuating the violations listed and to be discussed or laid out.

# FEDERAL TRAFFICKING VIOLATION

1    Brian R. Beers transported, transmitted, or transferred in interstate or foreign commerce petitioners goods, wares, merchandise, securities, of the value of S5,000 or more, knowing the same to have been stolen, converted or taken by fraud.

2    Brian R. Beers, devised a scheme or artifice to defraud, to obtain property by means of false or fraudulent pretenses, representations. or promises. by his transports or causes to be transported, or induces Brian R. Beers or persons to travel in, or to be transported in interstate or foreign commerce in the execution or concealment of a scheme or artifice to defraud petitioner and property having a value of S5,000 or more.

3    He Brian R. Beers sent a letter years after for petitioner to come get the property he stole, but petitioner did nothing because there was no search warrant for Brian R. Beers to take the property in the first place.

4    Brian R. Beers knowing the same to have been stolen, converted or taken by fraud— Shall be fined under Federal Law or imprisoned not more than ten years, or both.

# DELIBERATE DISREGARD OF STATE LAW

5    Brian R. Beers, Phillip Carter did not seek a copy of a grand jury indictment per *pre-requisite* AR 7-5-807(D).

6    There was no finding of guilt per AR 7-5-808 that would allow the actions taken by BRIAN R. BEERS, PHILLIP CARTER, who should have known or knew that you cannot take property or enter property without a charge and court order. But did so. on his own as STATE OFFICER, recruit conspirators, OR that Governor knew or should have known, to conduct a meeting of the minds and devote time to make phone calls to a State Representative and conspire against another State Representative. that is treason against United States and Arkansas State, republics.

7    Nor did Brian R. Beers. Phillip Carter pursuant to Article 5 sec. 9 file a complaint after Fred Smith returned to his government seat in regards to the business of his constituents AR 7-5-805 or Constitution of Arkansas and Arkansas arrest procedures.

WHEREFORE petitioner, demands judgment against the defendants, jointly and severally, as follows:

   a.) As compensatory damages, the sum of $          ,
       for each defendant; Department of Education $

   b.) As punitive damages on Brian Beers, Phillip Carters actions, in the sum of $
                          Dollars for each Defendants willful, arbitrary and negligent
       action in treble damages, for stealing, and breaking and entering.

   c.) Exemplary and emotional damages be imposed for the petitioner's emotional distress
       in restitution for his economic losses in his business - "Save Our Kids" that has been
       terminated, in the sum of $                          Dollars by each
       defendant.

   d.) Attorneys' fees imposed in prosecuting this action pursuant to the Defendants actions;

   e.) And that other such further relief as to the Court deems proper.

Former Representative
Fred Smith

This 20 day of ___JANUARY___ 2018.

Frederick Smith

# AFFIDAVIT

From: Former State Representative Frederick Smith - Arkansas

Vs.

US Department of Education 1999 BRYAN ST. HARWOOD CENTER SUITE 1440 Dallas, TX 75201
BRIAN BEERS SPECIAL AGENT 1999 BRYAN ST. HARWOOD CENTER SUITE 1440 Dallas, TX 75201
PHILLIP CARTER Former City Council 205 S. Redding St. West Memphis, AR 72301

### BURGLARY, TRESSPASS, THEFT OF PROPERTY
### AND
### ILLEGAL ENTERING, TRAFFICKING STOLEN GOODS

COMES NOW; Petitioner former State Democratic Representative who was abused by the
democrats of Arkansas to now complain to the Judiciary Committee to show of criminal actions
done to a then State Representative, by a Department of Education officials who unlawfully and
illegally entered the business of petitioner without a warrant to search and stole property in
violation of 4th Amendment of the Constitution of the United States and Arkansas Law.

### FACTS

1      It has been established that, Brian R. Beers, Phillip Carter participated in the smearing
       of public vistas of petitioner, damaging the good name of petitioner, by entering the
       property without a warrant to search or arrest or anything just went in because
       petitioner was involved in another situation regarding taking a seat as State rep for
       Arkansas.

2      Petitioner has never been 'sentenced' to become a 'fugitive from justice' or 'criminal'
       to allow Brian R. Beers, Phillip Carter to enter the property of petitioner and take
       such property without cause, just took it is egregious, criminal and wicked for a State
       Official and Government Special Agent to conduct themselves in theft, robbery,
       trespass and tort to the highest degree. Defendants Brian R. Beers, Phillip Carter
       devoted a certain amount of energy to destroy the character, integrity, good name of
       Fred Smith without cause that a reasonable person would be able to rationalize to the
       effect of the deliberate action in conspiracy with other State officials and from
       personal biased & prejudice when no crime by Fred Smith was committed.

3      Defendant Brian R. Beers, Phillip Carter gained advantage from, SPECIAL AGENT
       who he met with in secret, to discuss the demise of Fred Smith's good name. They
       conspired to do so from prejudice and biasness where they disregarded justice, the
       law, the rules of law, the ethics of jobs & duties, the Constitution of Arkansas, and

finally complete disregard for the Constitution of the United States and petitioners Article 4, Sec. 2 Privileges & Immunities.

4    As a Officer of the State being a State Representative, it is petitioners comprehension that if Fred Smith was guilty of any wrong doing, whatsoever, a "investigation" was to be conducted to determine if any 'criminal' charges were to be sought where Brian R. Beers, Phillip Carter could lawfully enter petitioner property by "4th amendment warrant" from a judge ruling as to Fred Smith's behavior. Instead of make a legal determination under color of law and process a color of law entry into the property of petitioner, simply to abuse Fred Smith.

5    **Article 1 sec. 13** of the Arkansas Constitution states: *Every person is entitled to a certain remedy in the laws for all injuries or wrongs he may receive in his person, property or character; he ought to obtain justice freely, and without purchase; completely, and without denial; promptly and without delay; conformably to the law. Defendant Brian R. Beers, Phillip Carter who on their own without a order to go into the property when there was and is no court order allowing them to just obtain keys to enter such property because Phillip Carte was a State Representative and Brian R. Beers was a Special Agent is a egregious abuse of authority and law.*

6    Since Defendant Brian R. Beers, Phillip Carter did this on his own with instruction of "Willful Blindness" of the Secretary of State/Chairman Democratic Party and Governor [former] to take Fred Smith down was the communication discussed between the parties aforementioned to violate the Constitution of Arkansas; Article 4, sec. 2 Constitution of the United States; laws of Arkansas and even the "Policy and Custom" for entering persons into the NCIC.

7    Fred Smith by Brian R. Beers, Phillip Carter direct action where the media who slandered Fred Smith by reporting he was convicted and had a copy of his picture in the news i.e. *Photo by* Staton Breidenthal *article by* Sarah D. Wire of the **"Arkansas Democratic Gazette"**.

8    Brian R. Beers, Phillip Carter stole property out of the office of petitioners business "Save Our Kids", without regard for any law, just did it by orders of the former Governor and present Secretary of State.

## RESPONDENT SUPERIOR

1 Brian R. Beers, Phillip Carter, DEPARTMENT OF FEDUCATION are persons within the meaning of 42 USC 1983, 1985.

2 DEPARTMENT OF EDUCATION is not entitled to 11th amendment immunity because it is local in nature. DEPARMENT OF EDUCATION is not entitled to sovereign immunity because of the purchase of insurance in bond and otherwise.

3 Article 4, section 2 Constitution of the United States provides petitioner with a privilege & immunity, to be free to obtain and conduct business without being targeted from Brian R. Beers, Phillip Carter et al, to enter his business property and just take all office equipment from no court order is criminal.

4 DEPARTMENT OF EDUCATION has delegated its policing operations to BRIAN R. BEERS who has recruited PHILLIP CARTER former State Representative with no responsibility for, and final policy making authority regarding the provision of ENTERING persons property to take office equipment and enter private property without a warrant, and take such equipment by allowing Brian R. Beers, to perform this function for DEPARTMENT OF EDUCATION without interference or correction.

5 DEPARMENT OF EDUCATION has delegated its INVESTIGATING operations to BRIAN R. BEERS who has delegated final policy making authority regarding the taking of property from businesses, entering business property without warrant, to Brian R. Beers, and jurisdictional action, by allowing Brian R. Beers, to perform aspects of this function without interference or correction. He has recruited Phillip Carter who participated in this theft, robbery, trespass, that is criminal.

6 The policy making decisions of DEPARTMENT OF EDUCATION with regard to the provision of ENTERING persons PRIVATE property and stealing are within the jurisdictional bounds of DEPARTMENT OF EDUCATION are imputed to Brian R. Beers.

7 The policy making decisions mentioned of Brian R. Beers including those imputed to Phillip Carter AS State Representative - STATE OF ARKANSAS are imputed to Phillip Carter by STATE OF ARKANSAS [indirectly] by Governor MIKE BEBE [at time of alleged action] are imputed and serve to bind both, STATE OF ARKANSAS, DEPARTMENT OF EDUCATION and Brian R. Beers, Phillip Carter directly or indirectly.

8 It is the official policy of STATE OF ARKANSAS and DEPARTMENT OF EDUCATION to deny citizens the right to be free upon the land of United States and be targeted by a State Official without law is forced slavery, violation of the Constitution of Arkansas, and Constitution of the United States too.

9 These actions committed have become widespread to recognize the quality of custom or usage in Arkansas & UNITED STATES OF AMERICA. The official duty of final policy makers of STATE OF ARKANSAS and DEPARTMENT OF EDUCATION inter alia, to be informed of custom or usage and, such policy makers had manifest opportunities to be informed.

10 The actual or constructive knowledge of the existence of this custom or usage and intentionally or with deliberate indifference, failed to correct or stop the practices and thus condoned it. This condonement may fairly be attributed in part to DEPARTMENT OF EDUCATION and STATE OF ARKANSAS, and part to BRIAN R. BEERS and PHILLIP CARTER.

11 The actions committed deprived petitioner of his Constitutional Privileges and Immunities to adequate allowance of Constitutional Right to not seize his property without a "Warrant" anywhere without law is furtherance of an official policy, custom or usage of STATE OF ARKANSAS, and DEPARTMENT OF EDUCATION, and such official policy, custom, or usage was direct and proximate cause of such deprivation.

12 GOVERNOR is not entitled to qualified, sovereign immunity because of the purchase of "Bond Insurance".

13 Brian R. Beers, Phillip Carter in their official capacities are persons within the meaning of 42 USC 1983.

14 Such conduct poses a pervasive and unreasonable risk of Constitutional violations and injury- such are the violations here; to petitioner. Brian R. Beers, Phillip Carter had actual constructive knowledge given to him from state officers, who knew or should have known having a meeting of the minds Brian R. Beers, Phillip Carter and Governor all decided to engage in conduct that posed pervasive and unreasonable risk of Constitutional violations and injury to petitioner.

15 The deliberate indifference to, or tacit authorization of, such unconstitutional conduct shows the response of actual or constructive knowledge of this pervasive and unreasonable risk of Constitutional violation and injury to petitioner.

16 A reasonable person in the position of defendants would have known that his or her actions violated petitioner's Article 4, section 2 Constitutional Privileges and immunities along with certain state statutory provisions.

17 GOVERNOR is liable under the law of Arkansas for such actions of Phillip Carter based on the doctrine of respondent superior.

18 Treble damages are entitled to be given to petitioner for such wrong or injury pursuant to Arkansas Law.

19 Petitioner is entitled to recover damages against STATE OF ARKANSAS, DEPARTMENT OF EDUCATION bonds' pursuant to Arkansas law and Laws of the United States.

20 Defendants' conduct was willful or wanton in that it constituted the conscious and intentional disregard of, and indifference to, the privileges and immunities, of petitioner, which said defendants knew, or should have known, was reasonably likely to result in injury, damage, or IRREPARABLE harm.

## DEPRIVING DUE PROCESS, CONSPIRACY, DEPRIVATION AGAINST RIGHTS

1 This is a complained action for the deprivation of rights, conspiracy against rights and denial of petitioner privileges and immunities afforded from Article 4, sec.2 Constitution of the United States Denied. Defendant violated *RICO* and State and Federal Law i.e. 42 USC 1973; 18 USC 2314 – "Trafficking Stolen Goods", Anderson v. United States 411 US 211(1974); 18 USC 241, 242; ARA 7-1-103; AR5-53-131; 52 USCA 10301.

2 Brian R. Beers per business card is a resident of Dallas, TX. Phillip Carter, Governor are residents of Arkansas and all are being sued separately in their official and individual capacities.

3 Governor was responsible for supervising the training, instruction, discipline, and conduct of PHILLIP CARTER including, but not limited to training, instruction, discipline, control, and conduct concerning jurisdiction, Constitution of Arkansas provisions for PROTECTING Citizens rights to not be profiled and have their personal and business property stolen without any Court order, order.

4 DEPARTMENT OF EDUCATION, STATE OF ARKANSAS, was responsible for instituting policy for the entering persons property which includes, but not limited to, setting policy guidelines for training for officers to enter persons property, take property out of premises with only a warrant where petitioner was not convicted to be subject to such behavior. Who told Brian R. Beers, Phillip Carter to go into petitioners business and take his property since no warrant issued to allow them to act, and display behavior to do that? Who told Brian R. Beers, Phillip Carter to steal and enter property falsely what amounts to a "Federal Crime" is evidence of a "Policy" and "Custom" to do this.

5 The established policy has created a custom to enter any person or Citizens property that is free in enjoyment of right to travel, not be seized in Arkansas for any reason. DEPARTMENT OF EDUCATION; STATE OF ARKANSAS is responsible for the established climate and custom that allows Brian R. Beers, Phillip Carter to use deliberate unreasonable AUTHORITY overstepping the State LAW & FEDERAL LAW for personal satisfaction because they were told to do such, in violating the *42 USC 1983, 1985* and denying Petitioner access the 4th Amendment because petitioner is exercising his free enjoyment of the Constitution of the United States privilege, in connection with the Constitution of Arkansas.

6 DEPARTMENT OF EDUCATION; is a political subdivisions of the United States of America.

7 Under 18 USC 241, 242; ARA 7-1-103; AR5-53-131; 42 USC 1983, 1985, at all times pertinent, DEPARTMENT OF EDUCATION; STATE OF ARKANSAS; was responsible for providing and maintaining advocacy of unlawful acts by groups or individuals against other persons or groups, in this case, by Brian R. Beers, Phillip Carter directly or indirectly allowed, authorized the provoking and inciting damage, creating false records, created false and misleading public notification database on petitioner, which action is not constitutionally protected, poses a threat to public order and Constitution of Arkansas, Constitution of the United States and 18 USC 241, 242; ARA 7-1-103; AR5-53-131; 42 USC 1983, 1985 inter alia, and should be subject to criminal sanctions; Also, the deliberate and willful intention of Brian R. Beers, Phillip Carter to conduct behavior by depriving petitioners Right.

8 DEPARTMENT OF EDUCATION; STATE OF ARKANSAS has final policy making authority regarding the provisions on deprivation of rights and conspiracy against rights inter alia.

9 Defendants Governor and Brian R. Beers, Phillip Carter are residents of Arkansas. At all times Governor and Brian R. Beers, Phillip Carter were duly elected and hired and acting directors of DEPARTMENT OF EDUCATION; STATE OF ARKANSAS.

10 DEPARTMENT OF EDUCATION; STATE OF ARKANSAS has allowed Brian R. Beers, Phillip Carter to perform the entering persons PROPERTY without authority, train workers, set policy, which has established certain customs that violate the Constitution of Arkansas and Constitution of the United States. By creating injury to the 42 USC 1983, 1985; Article 4, sec. 2 Constitution of the United States inter alia.

11 At all times pertinent, Governor, Brian R. Beers, Phillip Carter conspired, as a group, had a meeting of the minds, possessing the power to allow petitioner to be safe by depriving his rights and conspired against his rights or stop the established train of abuse committed by Brian R. Beers, Phillip Carter who was suppose to allow any Citizen un deprived right nor conspire against that right unto petitioner. They carry this authority to make sure all of the orders, rules, instructions, policies and regulations promulgated are with the meaning of 18 USC 241, 242; ARA 7-1-103; AR5-53-131; 42 USC 1983, 1985 inter alia. They failed to stop the action that caused this complaint, because they knew before hand thus verifying and perpetuating the violations listed and to be discussed or laid out.

## FEDERAL TRAFFICKING VIOLATION

1    Brian R. Beers transported, transmitted, or transferred in interstate or foreign commerce petitioners goods, wares, merchandise, securities, of the value of $5,000 or more, knowing the same to have been stolen, converted or taken by fraud.

2    Brian R. Beers, devised a scheme or artifice to defraud, to obtain property by means of false or fraudulent pretenses, representations, or promises, by his transports or causes to be transported, or induces Brian R. Beers or persons to travel in, or to be transported in interstate or foreign commerce in the execution or concealment of a scheme or artifice to defraud petitioner and property having a value of $5,000 or more.

3    He Brian R. Beers sent a letter years after for petitioner to come get the property he stole, but petitioner did nothing because there was no search warrant for Brian R. Beers to take the property in the first place.

4    Brian R. Beers knowing the same to have been stolen, converted or taken by fraud—Shall be fined under Federal Law or imprisoned not more than ten years, or both.

## DELIBERATE DISREGARD OF STATE LAW

5    Brian R. Beers, Phillip Carter did not seek a copy of a grand jury indictment per *prerequisite* AR 7-5-807(D).

6    There was no finding of guilt per AR 7-5-808 that would allow the actions taken by BRIAN R. BEERS, PHILLIP CARTER, who should have known or knew that you cannot take property or enter property without a charge and court order. But did so, on his own as STATE OFFICER, recruit conspirators, OR that Governor knew or should have known, to conduct a meeting of the minds and devote time to make phone calls to a State Representative and conspire against another State Representative, that is treason against United States and Arkansas State, republics.

7    Nor did Brian R. Beers, Phillip Carter pursuant to Article 5 sec. 9 file a complaint after Fred Smith returned to his government seat in regards to the business of his constituents AR 7-5-805 or Constitution of Arkansas and Arkansas arrest procedures.

## BREACH OF SECURITY AND MISCONDUCT ON DUTY

1    The actions of Brian R. Beers, Phillip Carter caused petitioner to be placed into a National Criminal base for no reason whatsoever, authority, which cause irreparable

harm to petitioner without cause is clear and concise of an official policy to damage petitioner.

2    Brian R. Beers, Phillip Carter together met and discussed how and when to enter petitioners property without a warrant and search it and take all the property and examine it without warrant and just violate petitioner because he is African American.

3    DEAPARTMENT OF EDUCATION & STATE OF ARKANSAS failed to train, supervise, instruct, guide in the proper procedures of entering person's property. The aforementioned employer failed to instill and impart into Brian R. Beers, Phillip Carter "integrity" to mimic and copy for the sake of protecting the laws of Arkansas, Rights of the Citizens of Arkansas, Privileges & Immunities as possessed pursuant to Article 4, sec. 2 Constitution of the United States.

4    Brian R. Beers, Phillip Carter violated the proper levels of access for every transaction where he entered property in violation of the 4th amendment of the Constitution of the United States from instructions of their policy and custom of the DEPARTMENT OF EDUCATION.

5    There was no search warrant issued because a FOIA request for it was done and a letter was returned stating "...we cannot provide you with that...".

PROPERTY STOLEN:
    Epson Work Force Printer/Copier Model C365A[serial number: MJLY007678]; Blackberry Cell Phone 9630, PESN HEX: 80767015, SIM Card#8901010008230119739F; TDK CD-R80; Note Sheet; SanDisk 2GB Thumb drive, SCDZ36-002G, PNY2GB Thumb drive THNU!)HA0RA00; Compaq Presario SR1313CL, Product#P5513AA, Serial#CNY4520HGB; Multiple boxes of records, states the following:

This __17__ day of __April__ 2017

Fred Smith

**ARKANSAS STATE**
COUNTY OF __Crittenden__

I __Bernice Marshall__ a notary public state, Frederick Smith has Sworn and Subscribe before me byWITNESS of my hand this __17th__ day of __April__ 20__17__ Bernice Marshall

OFFICIAL SEAL - NO. 12367146
BERNICE MARSHALL
NOTARY PUBLIC - ARKANSAS
CRITTENDEN COUNTY
MY COMMISSION EXPIRES: 07-25-18

My Commission Expires __07/25/2018__



# UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF INSPECTOR GENERAL
1999 BRYAN STREET, HARWOOD CENTER, SUITE 1445
DALLAS, TEXAS 75201
PHONE: (214) 661-9530  FAX: (214) 661-9539

Date: March 31, 2015

Fred Smith
7601 Broken Hickory Dr.
Walls, MS 38680-8989

Dear Mr. Smith:

This letter is being sent to you regarding property currently in the possession of the U.S. Department of Education, Office of Inspector General. The items were seized pursuant to a search warrant executed at 2422 East Broadway, West Memphis, Arkansas 72301 on May 29, 2012. The following is a list of the items:

1. Epson Work Force Printer/Copier Model C365A (Serial#MJLY007678)

2. Blackberry Cell Phone 9630, PESN HEX: 80767015, SIM Card#8901010008230119739F, Micro SD-C016

3. TDK CD-R80 (unlabeled)

4. Note Sheet (includes password)

5. ~~SanDisk 2GB Thumb drive, SCDZ36-002G, PNY 2GB Thumb drive THNC16HAOR400~~

6. Compaq Presario SR1313CL, Product#P5513AAR, Serial#CNY4520HGB

7. Multiple boxes of records

The items listed above need to be returned or destroyed. If you would like to have some or all of the items returned to you please call (214) 661-9528. If you do not contact this office within 30 days of receiving this letter, all of the property listed above will be destroyed.

Sincerely,

Brian R. Beers
Special Agent

The Department of Education's mission is to promote student achievement and ...

---

*Handwritten annotations:*

**✱ Read**

U.S. EDc, and Agent Brian R. Beer enter into my, property, that they still holding and stole my property by tome, when I Building and then tried to release that they had my Fred Smith, didnt know until this Letter, so I request property FOIA for some information, to see if U.S. Edc. Dep. an Brian R Beers, the right procedures, on Seized an seach, that can not Find, orget.

I'm still waiting on a search warran[t] issued by a Judge, if not a search warrant, that will be theft of property, taking property across state line, without consent

c.c. Kathleen S. Tighe U.S. Department of Education office of Inspector General

*(page number)* 36

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
OFFICE OF THE CLERK
600 WEST CAPITOL AVENUE
Room A149
LITTLE ROCK, ARKANSAS 72201

JAMES W. McCORMACK
CLERK

PHONE 501-604-5351
FAX 501-604-5321

October 4, 2016

Mr. Fred Smith
Post Office Box 303
Crawfordsville, Arkansas 72327

      Re:    Request for Information

Dear Mr. Smith:

      This confirms your request for information concerning a search warrant. I am unable to locate a search warrant case based on the information provided. There are no public records available for a search warrant issued for 2422 East Broadway in West Memphis, Tennessee, in 2012. Please provide a case number for additional information. Thank you.

      Sincerely,

      JAMES W. McCORMACK, CLERK

      By: _Tammy Downs_
      Tammy Downs, Deputy Clerk

Enclosure

cc:    James McCormack, Clerk of Court

Kathleen S. Tighe or Brian R. Beers or
Authorized Person
Director Office of Information and Privacy
Department of Justice
10th & Constitution NW
Washington, D.C. 20530

Subject: Freedom of Information Act "FOIA" request

Dear Citizen Worker;

This is a request under Freedom of Information Act. I request that a copy of the
following documents be provided to me, without delay on the attached item list showing:

1    Who filed complaint to enter property to seize items?
2    Was there a warrant if so, provide a copy.
3    What Judge signed the warrant if any or order to enter property?
4    Names of the persons who actually entered the property, building and office.
5    Who let the officers into the building in the first instance, and did he sign
     anything for letting them in, and is that person the owner of the building at that
     time.

I request a waiver of all fees for this request.

Disclosure of the requested information to me is in the public interest, because it is likely
to contribute *significantly* to public understanding of the operations and activities of the
federal government, and is not *primarily* in my commercial interest.

See also 5 USC 552(a)(4)(B). Statues conferring original jurisdiction on federal district
courts must be *strictly* construed.

If you are not the correct person to whom this FOIA request should be directed, please
forward it without delay to the correct person(s).

Thank you for your timely consideration of this FOIA request.

Fred Smith
Box 303
Crawfordsville, Arkansas 72327

July 20, 2015

Fred Smith all Rights Reserved without Prejudice

# FIFTEENTH STREET CHURCH OF GOD IN CHRIST

ARCountyData.com

Commercial Improvements

Commercial Improvement #1

*[Handwritten annotations across page:]*

I Fred Smith, was the Tenant of this building, I leasing this building through 15th St. Church, to this day I don't Know how a west Memphis city councilman, com out of nowhere and open my door and let officer seize my property.. I was never notified, or saw a search warrant,

ILLEGAL ENTERING Burglary, Tresspass Theft of Property

| | |
|---|---|
| Building Section #: | 1 |
| Business Name: | EDEN HOUSE ADULT DAYCARE |
| Location: | 2422 E BROADWAY |
| Total SF: | 1,152 |
| Stories: | 1 |
| Year Built: | 1950 |
| Effective Age: | 35 |
| Occupancy: | |

| Code | Description | Class | Percent |
|---|---|---|---|
| 426 | Day Care Center | C-2 | 100% |

# FIFTEENTH STREET CHURCH OF GOD IN CHRIST-37701100000
ARCountyData.com

Basic Info

Parcel Number: 377011000000

County Name: Crittenden County

Ownership Information: FIFTEENTH STREET CHURCH OF GOD IN CHRIST
121 S 15TH ST
WEST MEMPHIS AR 72301

Property Address: FIFTEENTH STREET CHURCH OF GOD IN CHRIST
2425 E BROADWAY
WEST MEMPHIS, AR 72301
Map This Address

Billing Information: FIFTEENTH STREET CHURCH OF GOD IN CHRIST
121 S 15TH ST
WEST MEMPHIS, AR 72301

Total Acres: 34

Timber Acres: 0.00

Sec-Twp-Rng: 08-06-09

Lot/Block: W100 E OF 9/1

Subdivision: RICH EASTERN

Legal Description: W100' OR THE E525' OF LOT 9 PLAT BK 2 PG 50

School District: WEST MEMPHIS CITY

Improvement Districts: DRAINAGE DIST, ROAD DIST 9, LEVEE DIST

Homestead Parcel?: No

Tax Status: Taxable

Over 65?: No

Need a report for your business?
Subscriber accounts can print sales, land usage, parcel details, parcel history, valuations, mailing labels and mailing address reports quickly and easily.
Sign Up Now

*[Handwritten overlay across page:]* After the illegal entering my business and trespass on my property, US Dep. Education stole my program (have been out of operation for 4 years) Save our kids,



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF INSPECTOR GENERAL

July 29, 2015

Mr. Fred Smith
Box 303
Crawfordsville, Arkansas 72327

Dear Mr. Smith,

This letter is to acknowledge receipt of your July 20, 2015, Freedom of Information Act (FOIA) request. You requested a copy of documents relating to a search warrant executed on May 29, 2012. Your request is being processed. We have assigned FOIA number 15-01653-F to your request.

Sincerely,

Gale Hoes
Program Specialist

cc: Department's FOIA Office

*After requesting FOIA, said Department FOIA office, I will not be able to get a copy of the documents relating to a search warrant*

LOG IN TO COMMENT / CREATE ACCOUNT
LOG IN TO DIGITAL MEMBERSHIP / SUBSCRIBE

# Arkansas Blog

Get unlimited access.
Become a digital
member!

ArchiVes | RSS

‹ Conviction of animal cruelty report...

Another day, another score... Jason... ›

## 2nd guilty plea in bribery case over state mental health services
Posted By Max Brantley on Thu, Sep 17, 2015 at 12:14 PM

Arkansas Business reports here on a federal court filing Wednesday that shows a second person has pleaded guilty to a bribery scheme to help a mental health contractor for the state Department of Human Services.

Phillip Carter, a former West Memphis councilman and juvenile probation officer, pleaded guilty to conspiring to bribe Steven Jones, a former legislator from Marion and state DHS official. Jones pleaded guilty earlier and is awaiting sentencing. An unidentified West Memphis pastor also was said to be a participant in funneling money from a mental health care company, unidentified in the federal charges but identified by state officials as the businesses of Ted Suhl. His inpatient facility at Warm Springs — Trinity Behavioral Health Services, once known as the Lord's Ranch — and a statewide counseling business were cut off from state reimbursement by Medicaid after the investigation became public.

Suhl and his companies have not been charged, but are known to receive reports of ongoing federal grand jury review.

It is another case — like that of former judge Mike Maggio — where the federal government has won a guilty plea from someone who said they accepted a bribe but hasn't charged anyone actually making the bribe. Maggio said he took campaign contributions to influence his decision to reduce a judgment in a nursing home negligence case. It's a matter of record that former Republican Sen. Gilbert Baker rounded up money from nursing home owner Michael Morton for Maggio's campaign and those of many other judges, including significant amounts for newly elected Supreme Court Justice Rhonda Wood. A nursing home owned by Morton had its penalty reduced from $5.2 million to $1 million by Maggio. Morton and Baker have not been charged with anything or named in the Maggio charge and both have said they've done nothing wrong.

Meanwhile back at Ted Suhl: His Trinity home continues to operate in Warm Springs, but without paying customers from Arkansas. A DHS spokesman told me this week that there are currently three residents at the facility, which the state still inspects for compliance with rules pertaining to residential mental health facilities.

Phillip Carter, earlier involved in an absentee vote buying scheme, will be sentenced next February.

Here's the federal charge filed against Carter, with details of the scheme.

The charge details a four-year bribery scheme, laundering payments from the health care company through the unnamed pastor's church, to be turned over to Jones, plus some payments to participants. Jones provided information useful to the health care company's business about internal matters at DHS.

The information says that a targeted health care operator was under surveillance when he handed a $2,000 check to Carter in a Memphis restaurant when Jones left the table. Carter put the check in his sock.

Tags: Phillip Carter, Steve Jones, Ted Suhl, Department of Human Services, Lord's Ranch, Trinity Behavior Health Care., Image



PHILLIP CARTER: Pleads in conspiracy



STEVEN JONES: A guilty plea to conspiring to bribe the former legislator.

5/1/13

Skip to comments.

## Ark. State Rep. Hudson Hallum pleads guilty in absentee vote fraud case; resigns from legislature

Arkansas Times ^ | Wed, Sep 5, 2012 at 3:15 PM | Posted by Max Brantley

Posted on 9/5/2012 5:20:45 PM by DeaconBenjamin

 

PHILLIP CARTER: Pleads in

" The Informant "

HUDSON HALLUM: Pleads guilty in election fraud; resigns from office.

The U.S. attorney's office has announced that four men, including Democratic state Rep. Hudson Hallum of Marion, pleaded guilty today to felony conspiracy to commit election fraud in Hallum's special election victory last year. The case charges saying for bundled absentee ballots.

All four appeared today in federal court and were released on their own recognizance. The others were Hallum's father, Kent Hallum, a car dealer; West Memphis police officer Sam Malone and West Memphis City Councilman Phillip Carter.

Here's the indictment.

It says Carter had used the same absentee ballot fraud strategy in other elections at the state and federal level. Carter organized others, including Malone, a Quorum Court member, School Board member and police officer, to participate. They identified people likely to vote absentee, based on past elections, and arranged to have absentee ballots mailed. They tracked the progress of mailing and completing the ballots and paid voters in cash and other ways for Hallum votes, as well as checking to see how they voted. In one case $20 was provided for a "family meal" for eight. Ballots for opponent Kim Felker were destroyed. They also conspired to evade the law that limits the number of absentee ballots a bearer may possess. Hallum, who won the runoff by 8 votes, got 394 of his 880 votes by absentee vote. Hallum himself mailed bundles of the absentee votes his group had collected. The group also purchased half pints of vodka to distribute on election day. When questions were raised about the absentee votes, the Hallum group paid $25 each to absentee voters to affirm their votes for Hallum at an Election Commission hearing. The voters came from District 54, which includes West Memphis, Marion, Earle,

and Turrell, Arkansas, as well as other rural areas of Crittenden County.

Said the indictment:

*On or about May 22, 2011, PHILLIP WAYNE CARTER discussed the HALLUM campaign's absentee ballot strategy with an individual known to the Attorney for the United States and stated, "Folk gonna vote for whoever pay them."*

Here's the news release on the case. Jane Duke led the investigation and was quoted:

*"The most fundamental rights we enjoy as American citizens include the ability to vote and, if we so choose, to run for elected office. In a nation in which every person's vote matters, protecting the integrity of the electoral process from those who seek to win office by cheating the system is critical. Voter fraud schemes such as that carried out in the 2011 District 54 race have the devastating effect of eroding public confidence in elected officials and disenfranchising voters," said Duke.*

Members of the House Democratic caucus received this e-mail from Hallum's address before the announcement:

*Hello everyone,*

*It is with deep regret that I am sending this message out to each of you today. This afternoon I am going to plead guilty to federal charges stemming from an investigation into my special election. I took some bad advice that led to some bad decisions on my part. I am going to stand up and accept full responsibility for my actions. I am truly sorry because I know this news will have an effect on everyone's upcoming race. I would give anything to be able to change what happened but unfortunately I can not undo the past. Please accept my apologies and if any needs to contact me my number is 9013015650. It has been the greatest honor of my life to serve with each of you and our state is a better place for what you have done*

Sincerely,

Hudson Hallum
Chief Paramedic, Crittenden EMS
State Representative (D-Marion)

A Democratic Party spokesman confirmed to me that Hallum resigned from office today. Candace Martin issued this statement:

*We are disappointed by the actions taken by Rep. Hallum. The sanctity of our elections and the rights of voters to see that every vote is counted fairly and responsibly are some of the basic, fundamental liberties of our democracy. No threat to those liberties can or should be endured. Hudson Hallum is taking responsiblity for his actions and we hope that will help resolve things in a way to see that such activities will never be tolerated.*

Sentencing will come later after pre-sentence reports. The maximum statutory penalty for the conspiracy charge is 5 years imprisonment plus a potential fine of $250,000. The statements so far make no mention of inducements



U.S. Department of Justice

*United States Attorney*
*Eastern District of Arkansas*

FOR IMMEDIATE RELEASE
September 5, 2012

CONTACT: Jane W. Duke,
Attorney for the United
States, Acting Under
Authority Conferred by
28 U.S.C. § 515
·501-340-2650

## FOUR CRITTENDEN COUNTY MEN CHARGED
### WITH CONSPIRACY TO COMMIT ELECTION FRAUD
*State Legislator and Three Others Enter Guilty Pleas*

Little Rock - Jane W. Duke, Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. § 515, and Federal Bureau of Investigation Special Agent in Charge Randall C. Coleman announced the waiver of indictment and filing of a felony information charging four Crittenden County men with conspiracy to commit election fraud. This is the first known use of the Travel Act to bring charges for vote-buying in a purely local election.

The individuals charged include Hudson Hallum, State Representative for District 54; his father, Kent Hallum; West Memphis City Councilman Phillip Wayne Carter; and West Memphis Police Officer Sam Malone. In addition to waiving indictment, the defendants entered guilty pleas to the charge contained in the information. In doing so, each acknowledged his participation in a conspiracy to bribe voters to influence absentee votes in the Arkansas District 54 primary, its runoff election, and the general election, all of which were held between February and July 2011. At the time of the elections, District 54 included West Memphis, Marion, Earle, and Turrell, Arkansas, as well as other rural areas of Crittenden County.

"The most fundamental rights we enjoy as American citizens include the ability to vote and, if we so choose, to run for elected office. In a nation in which every person's vote matters, protecting the integrity of the electoral process from those who seek to win office by cheating the system is critical. Voter fraud schemes such as that carried out in the 2011 District 54 race have the devastating effect of eroding public confidence in elected officials and disenfranchising voters," said Duke.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )
)
v. )
) No. 4:12-CR-00230 KGB
HUDSON HALLUM; )
KENT HALLUM; )
PHILLIP WAYNE CARTER; and )
SAM MALONE ) 18 U.S.C. § 371
)
)

## INFORMATION

THE ATTORNEY FOR THE UNITED STATES, ACTING UNDER AUTHORITY
CONFERRED BY 28 U.S.C. § 515 CHARGES THAT:

### COUNT 1
### (TRAVEL ACT CONSPIRACY)

*A.    Factual Background*

1.    On or about January 26, 2011, the state representative for District 54 of the
Arkansas House of Representatives resigned his seat. Accordingly, a special primary election to
fill the seat was scheduled to take place in April 2011. At the time, Arkansas District 54
included West Memphis, Marion, Earle, and Turrell, Arkansas, as well as other rural areas of
Crittenden County, Arkansas.

2.    Along with others, HUDSON HALLUM declared his candidacy as a Democrat in
the special primary election. Because neither HUDSON HALLUM nor any other Democratic
candidate obtained the required majority of votes in the April 20, 2011 special primary election,
a special primary runoff election took place on May 10, 2011.

3.    A special general election took place on July 12, 2011.

4.    KENT HALLUM, father of HUDSON HALLUM, managed the finances and certain

1

U.S. District Court
Eastern District of Arkansas
James W. McCormack
600 West Capital Ave.
Room A149
Little Rock, AR 72201.

Kathleen S. Tighe or Brian R. Beers or
Authorized Person
Director Office of Information and Privacy
Department of Justice.
10th & Constitution NW
Washington, D.C. 20530.

Subject: Freedom of Information Act "FOIA" request

Dear Citizen Worker;

This is a request under Freedom of Information Act. I request that a copy of the
following documents be provided to me, without delay on the attached item list showing:

1    Who filed complaint to enter property to seize items?
2    Was there a warrant if so, provide a copy.
3    What Judge signed the warrant if any or order to enter property?
4    Names of the persons who actually entered the property, building and office.
5    Who let the officers into the building in the first instance, and did he sign
     anything for letting them in, and is that person the owner of the building at that.
     time.

I request a waiver of all fees for this request.

Disclosure of the requested information to me is in the public interest, because it is likely
to contribute *significantly* to public understanding of the operations and activities of the
federal government, and is not *primarily* in my commercial interest.

See also 5 USC 552(a)(4)(B). Statues conferring original jurisdiction on federal district
courts must be *strictly* construed.

If you are not the correct person to whom this FOIA request should be directed, please
forward it without delay to the correct person(s).

Thank you for your timely consideration of this FOIA request.

Fred Smith
Box 303
Crawfordsville, Arkansas 72327

Fred Smith all Rights Reserved without Prejudice
Sept. 27, 2016

# STATE OF ARKANSAS

To All to Whom These Presents Shall Come-Greeting:

## Know Ye, That Whereas, It appears that

# Fred Smith

was duly elected State Representative District 50 in and for the State of Arkansas, at an election held on the sixth day of November, Two Thousand Twelve.

**Therefore, I, Mike Beebe,** Governor of the State of Arkansas, in the name and by authority of the people of the State of Arkansas, vested in me by the Constitution and the laws of said State do hereby commission the aforenamed to the office of

## State Representative District 50

in and for the State of Arkansas for and during the term prescribed by the laws of the State.

Fred Smith is, therefore, hereby authorized to do and perform all and singular the duties incumbent upon the office of

## State Representative District 50

in and for the State of Arkansas, according to law and the trust reposed in said office.

**In Testimony Whereof,** I have hereunto set my hand and caused the Great Seal of the State of Arkansas to be affixed at Little Rock, this fourteenth day of January, in the year of Our Lord, Two Thousand Thirteen.

Mike Beebe, Governor

Mark Martin

Mark Martin, Secretary of State

Statement of: __Frederick Smith__ Date: __Sept 20 2016__ Page: __1__

Address: __P.O Box 303__ Phone #: __901 573 9710__

DOB: _____ M/F __M__ B/W __B__ Work place: __N/R__

Case file #: _____ Complaint #: __1804572__

On May 29, 2012, Brian R. Beers, an of officals enter
into my building, that was open by a city councilman
name PHillip Carter, to allow Brian Beers and official to
take such property without cause. I Fred Smith was the
tenant of the building, I leasing this building through
15th church to this day. I don't know how a west memphis
city councilman, come out of nowhere and open my door
and let officer take my property. I believe Brian Beers,
enter my property, of a illegal Esntering, Theft of property
Burglary, Now I have information, and sworn affidavit,

" See Attach "

Violated my 4th AMENDMENT

I have written this statement consisting of ___1___ page(s) and I affirm to the truth and
accuracy of the facts contained therein.

This statement was completed at __12:70 P__ m., on the __20__ day of __Sept 2016__, 20 __16__.

WITNESS: _____

WITNESS: _____

Signature of person giving voluntary statement

FORM: WMPD S-003 STATEMENT FORM

Ark.West Memphis Police Depart.

**RECEIVED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 0 2 2018

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# DISTRICT COURT OF THE UNITED STATES
# EASTERN DISTRICT OF ARKANSAS

Frederick Smith

Vs.                                        Case:

PHILLIP CARTER - FBI; DOJ Informant 205 S. Redding St. West Memphis, AR 72301
BRIAN BEERS SPECIAL AGENT 1999 BRYAN ST. HARWOOD CENTER SUITE 1440 Dallas, TX 75201
US Department of Education 1999 BRYAN ST. HARWOOD CENTER SUITE 1440 Dallas, TX 75201

---

# COMPLAINT
## NO SEARCH WARRANT VIOLATION
### BURGLARY, TRESSPASS, THEFT OF PROPERTY
### AND
### ILLEGAL ENTERING, TRAFFICKING STOLEN GOODS

COME NOW; Fred Smith herein asks the court to determine, rule on, make a legal determination if there was, is, a "Warrant" to enter the office of a State Representative.

## DISCUSSION

Former City Council member Phillip Carter was under the authority of the Eastern Division Little Rock Arkansas "Department of Justice" as an "Informant" who used to be a Correction Officer that went corrupt and was signed on to be a "Informant" for the FBI, and other Federal government agency to be the "bag man" for 'odd jobs' that were deemed important to the FBI, and other Federal government agencies. Phillip Carter was "recruited" by Brian Beers who got orders from the national office of "Department of Justice" – Little Rock, AR,·; where Brian Beers an agent of the Department of Education in Texas went into the office of a State Representative "without a warrant" and took all the property out of the office "without a warrant", transported the property across State lines, and then wrote a letter to petitioner to come get such property they took "with no warrant"; it is asked of this court to determine this "Fact", "Truth" by the "Evidence" that exist that petitioner was, is, never was convicted.

## FACTS

1       Brian Beers, Phillip Carter together did not seek a copy of a grand jury indictment per *pre-requisite* **AR 7-5-807(D)** with a Warrant to enter petitioners office.

2       There was no finding of guilt per **AR 7-5-808** that would allow the actions taken by Brian Beers, Phillip Carter, who should have known or knew that you cannot just break into the office

of a State Representative without a warrant and take all the property out of that office without a warrant.

3     The brains of corrupt behavior is Brian Beers who recruited Phillip Carter, a Department of Justice FBI Informant, where the two of them Brian Beers Principal and Phillip Carter Participant superior to physically carry out the enterprises desires-DEPARTMENT OF JUSTICE, with principal Brian Beers, directing the players by his influence and corrupt activity to enter the office of Fred Smith "Without a Warrant" which is illegal and unlawful and crush his character, good name that shocks the conscious, by stealing the office equipment, without a warrant of the 4th amendment.

4     Nor did Brian Beers, Phillip Carter pursuant to **Article 5 sec. 9 Constitution of Arkansas** filed a complaint after Fred Smith returned to his government seat in regards to the business of his constituents **AR 7-5-805** nor did they have a warrant to go into the office.

5     Phillip Carter & Brian Beers violated **AR 5-36-103** by deception that exercises unauthorized control over or makes an unauthorized transfer of an interest in the property of another person with the purpose of depriving the owner of the property.

A) Defendants deliberately adhered and participated in a conflict of interest that violates the Constitution of Arkansas, and petitioner Article 4, sec. 2 Constitution of the United States "privileges & immunities" from having no warrant to enter the office of a State Rep. which violates the 4th Amendment of the Constitution of the United States.

B) Defendants violated **AR 5-51-205** where they "acted" unlawfully without a "Warrant" for seizure of petitioner's office and office equipment without cause violating **AR 5-51-205**.

C) Defendants knew or should have known that they may not use or hire an "informant" to break into the office of petitioner and take all of his personal effects in violation of the 4th amendment, and take all the property out of this "office" without a Warrant violating **AR 5-53-131**.

D) Defendants made a legal determination without authority to do so, by recruiting Phillip Carter to assist them in taking property, breaking into, and illegal entering the private property of petitioner without a "Warrant" who violated **AR 25-16-1101**.

E) Brian Beers, Phillip Carter under the direction of the DEPARTMENT OF JUSTICE, behaved with corruption in public office by stole his private property without a warrant that they knew or should have known they were violating **AR 5-52-107**. This corruption in public office has a history and long train of abuse because Phillip Carter et al always do it this way; this is why he has been being used for years to be the "Bag Man" for the DEPARTMENT OF JUSTICE and FBI et al.

F) Brian Beers et al actions comply with **AR 5-53-131; 5-52-107**; and influencing action by an "Unknown" FBI Agent to give orders to Brian Beers and Phillip Carter to violate State law and the 4th Amendment of the Constitution of the United States to not secure a

"Warrant" to enter the office of a Government Official by the orders of some unknown person who violated **AR 5-52-105**.

G) The actions by Brian Beers et al were calculated, deliberate and frivolous in regards to Arkansas law. **AR 5-52-107** Abuse & Corruption in Office; **AR 25-16-1102** Brian Beers et al was chosen and Brian Beers accepted the role; **AR 5-53-106** Brian Beers et al committed a "Constitutional Breach" of the 4th Amendment to take property out of an Sitting State Representative Official office with "No Warrant".

## STATE TRAFFICKING LAW VIOLATION

1       Under Color of Law, Brian R. Beers, Phillip Carter from orders of the DEPARTMENT OF JUSTICE transported, transmitted, or transferred in interstate or foreign commerce petitioners goods, wares, merchandise, securities, of the value of $5,000 or more, knowing the same to have been stolen, converted or taken by fraud.

2       Under Color of Law, Brian R. Beers, Phillip Carter from orders of the DEPARTMENT OF JUSTICE, devised a scheme or artifice to obtain property by means of false or fraudulent pretenses, representations, or promises, by his transports or causes to be transported, or induces Brian R. Beers or persons to travel in, or to be transported in interstate or foreign commerce in the execution or concealment of a scheme or artifice to defraud petitioner and property having a value of $5,000 or more.

3       Under Color of Law, He Brian R. Beers, from orders from the DEPARTMENT OF JUSTICE sent a letter years later, for petitioner to come get the property they stole, but they did not have a warrant to ascertain the property they were writing a letter to come get furthermore; they knew the property taken was done without a warrant by the letter to that says without saying "...We messed up, we had no warrant, so come get your property to get the DEPARTMENT OF JUSTICE off the hook" is absurd, they must go down,

4       Under Color of Law, Brian R. Beers knowing the same to have been stolen, converted or taken by fraud—Shall be fined under Federal Law or imprisoned not more than ten years, or both.

## DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF

Petitioner herein seeks a Declaratory Judgment and Injunctive Relief to the acts, behavior of Brian Beers, Phillip Carter, DEPARTMENT OF EDUCATION Under Color of Law, who must show, verify what warrant they were given from a Judge in Crittenden County of Arkansas to

obtain such "Declaratory & Injunction" to stop defendants and reverse all action by defendants and declare such actions were, are without a "Warrant" and authority.

1 Article 4, section 2 Constitution of the United States provides petitioner with a privilege & immunity, to be free have a office and have office equipment without being targeted from a FBI informant, and Special Agent of the Department of Education, to have his office broken into and have his office equipment stolen without a 4th amendment warrant, shocks the conscious that a Federal official agent would behave in such manner against a State Representative.

2 DEPARTMENT OF EDUCATION has delegated its policing operations to, Special Agent Brian Beers who has delegated its statutory responsibility for, and final policy making authority regarding the provision of ENTERING a State Congressman's office without authority, 4th amendment warrant, by allowing a City Council Member Phillip Carter to perform this function for Department of Education without interference or correction.

3 DEPARTMENT OF EDUCATION has delegated its operations to Brian Beers who has delegated final policy making authority regarding the entering the office of a State Representative without permission, 4th amendment warrant and jurisdictional action, by allowing City Council Member Phillip Carter to perform aspects of this function without interference or correction.

4 The policy making decisions of DEPARTMENT OF EDUCATION with regard to the provision of ENTERING the office of a State Congressman are within the jurisdictional bounds of STATE OF ARKANSAS, Crittenden County and are imputed to Crittenden County Court.

5 The policy making decisions mentioned of DEPARTMENT OF EDUCATION including those imputed to Special Agent Brian Beers by DEPARTMENT OF EDUCATION are imputed to Crittenden County by Phillip Carter, are imputed and serve to bind both, Brian Beers, Phillip Carter to the jurisdiction of Crittenden County Court directly or indirectly in violation of ARA 7-1-103; AR5-53-131.

6 It is the official policy of DEPARTMENT OF EDUCATION, to steal a Sitting State Representatives private property by breaking into his office for no reason is forced slavery, violation of the Constitution of Arkansas, and Constitution of the United States too.

7 In the alternative, the manner in which CITY OF WEST MEMPHIS ARKANSAS City Council Member officials are trained, including the design and implementation of training programs and the follow-up supervision of trainees, is a matter of policy.

8 These actions committed have become widespread to recognize the quality of custom or usage in Department of Education. The official duty of final policy makers of DEPARTMENT OF

EDUCATION inter alia, to be informed of custom or usage and, such policy makers had manifest opportunities to be informed of Brian Beers, actions.

9 The actual or constructive knowledge of the existence of this custom or usage and intentionally or with deliberate indifference, failed to correct or stop the practices and thus condoned it. This condonement may fairly be attributed in part to STATE OF ARKANSAS and DEPARTMENT OF EDUCATION and part to CITY OF WEST MEMPHIS.

10 The actions committed deprived petitioner of his Constitutional Privileges and Immunities to adequate allowance of Constitutional Right to not be seized anywhere without law is furtherance of an official policy, custom or usage of DEPARTMENT OF EDUCATION, and WEST MEMPHIS CITY COUNCIL, and such official policy, custom, or usage was direct and proximate cause of such deprivation.

11 DEPARTMENT OF EDUCATION are not entitled to qualified, sovereign immunity because of the purchase of "Bond Insurance".

12 Brian Beers in his official capacity is a person within the meaning of 42 USC 1983.

13 Such conduct poses a pervasive and unreasonable risk of Constitutional violations and injury-such are the violations here; to petitioner. Phillip Carter a City Council Member got the keys from the Pastor who had actual constructive knowledge given to him from state officers, who knew or should have known having a meeting of the minds. Governors all decided to engage in conduct that posed pervasive and unreasonable risk of Constitutional violations and injury to petitioner.

14 The deliberate indifference to, or tacit authorization of, such unconstitutional conduct shows the response of actual or constructive knowledge of this pervasive and unreasonable risk of Constitutional violation and injury to petitioner.

15 A reasonable person in the position of defendants would have known that his or her actions violated petitioner's Article 4, section 2 Constitutional Privileges and Immunities along with certain state statutory provisions.

16 Treble damages are entitled to be given to petitioner for such wrong or injury pursuant to Arkansas Law.

17 Defendants' conduct was willful or wanton in that it constituted the conscious and intentional disregard of, and indifference to, the privileges and immunities, of petitioner, which said

defendants knew, or should have known, was reasonably likely to result in injury, damage, or IRREPARABLE harm.

## VIOLATING THE 4TH AMENDMENT

1  Brian R. Beers, Phillip Carter together met and discussed how and when to enter petitioners property without a warrant and search it and take all the property and examine it without warrant and just violate petitioner because he is African American.

2  DEAPARTMENT OF EDUCATION failed to train, supervise, instruct, guide in the proper procedures of entering person's property. The aforementioned employer failed to instill and impart into Brian R. Beers, "integrity" to mimic and copy for the sake of protecting the laws of Arkansas, Rights of the Citizens of Arkansas, Privileges & Immunities as possessed pursuant to 4th Amendment; Article 4, sec. 2 Constitution of the United States, Policy & Custom of DEPARTMENT OF EDUCATION was established from this egregious act.

3  Brian R. Beers, Phillip Carter violated the proper levels of access for every transaction where he entered property of a sitting State Representative in violation of the 4th amendment of the Constitution of the United States from instructions from some FBI Agent to violate petitioner and damage the integrity of the name of petitioner, is a wicked, despicable, disgusting, rotten abuse of power to the 10th power, in complete disregard of law, Constitutions, policy and custom DEPARTMENT OF EDUCATION.

## CONSTITUTIONAL QUESTIONS

BEHAVIOR of defendants has raised "Questions" on the Constitutionality of action of Brain Beers-Special Agent for Department of Education, and Phillip Carter employee/informant under the use and control of DEPARTMENT OF JUSTICE to go into the office a State Representative to take property without a 4th Amendment Warrant and transport such property to another State from where it was found, makes the following questions.

1  Can an employee of the Department of Education come into a State and use a FBI Informant to go into a State Representatives office without a warrant and take the property out of it and take it to another State?

2  Can a Federal employee without a warrant take property from a State Representatives office and transport it to another State?

3   Does the Constitution of the United States and Constitution of Arkansas make provisions for Phillip Carter, of Arkansas, Brian Beers of United States Department of Education employee together, to break into the office of a sitting State Representative, take all the office equipment out of the office, take it across state line, without a warrant?

4   Does the Constitution of Arkansas allow a Federal Employee to recruit a person "without a warrant"; to break into the office of a State Representative office that conducts the business affairs for a State Sponsored Federal government funded program called 'SAVE OUR KIDS" and steal the office equipment for no reason?

1   **Article 1sec. 13** of the Arkansas Constitution states: *Every person is entitled to a certain remedy in the laws for all injuries or wrongs he may receive in his person, **property** or character; he ought to obtain justice freely, and without purchase; completely, and without denial; promptly and without delay; conformably to the law*. Defendants Brian R. Beers, Phillip Carter from a unknown FBI agent, without any court order or **4th amendment Warrant** to go into the property when there was and is no court order **or Warrant** allowing them to just break-an-entering to such property because Phillip Carter [FBI Informant] and Brian R. Beers was a Special Agent is a egregious abuse of authority and law.

## BREACH OF SECURITY AND MISCONDUCT ON DUTY

1   The actions of Brian R. Beers, Phillip Carter caused petitioner to be placed into a National Criminal base for no reason whatsoever. authority, which cause irreparable harm to petitioner without cause is clear and concise of an official policy to damage petitioner.

2   Brian R. Beers, Phillip Carter together met and discussed how and when to enter petitioners property without a warrant and search it and take all the property and examine it without warrant and just violate petitioner because he is African American.

3   DEAPARTMENT OF EDUCATION & STATE OF ARKANSAS failed to train, supervise, instruct, guide in the proper procedures of entering person's property. The aforementioned employer failed to instill and impart into Brian R. Beers, Phillip Carter "integrity" to mimic and copy for the sake of protecting the laws of Arkansas; Rights of the Citizens of Arkansas, Privileges & Immunities as possessed pursuant to Article 4, sec. 2 Constitution of the United States.

4   Brian R. Beers, Phillip Carter violated the proper levels of access for every transaction where he entered property in violation of the 4th amendment of the Constitution of the United States from instructions of their policy and custom of the DEPARTMENT OF EDUCATION.

5   There was no search warrant issued because a FOIA request for it was done and a letter was returned stating "...we cannot provide you with that...".

## RESPONDENT SUPERIOR

1Brian R. Beers, Phillip Carter, DEPARTMENT OF FEDUCATION are persons within the meaning of 42 USC 1983, 1985.

2 DEPARTMENT OF EDUCATION is not entitled to 11th amendment immunity because it is local in nature. DEPARMENT OF EDUCATION is not entitled to sovereign immunity because of the purchase of insurance in bond and otherwise.

3 Article 4, section 2 Constitution of the United States provides petitioner with a privilege & immunity, to be free to obtain and conduct business without being targeted from Brian R. Beers, Phillip Carter et al, to enter his business property and just take all office equipment from no court order is criminal.

4 DEPARTMENT OF EDUCATION has delegated its policing operations to BRIAN R. BEERS who has recruited PHILLIP CARTER former State Representative with no responsibility for, and final policy making authority regarding the provision of ENTERING persons property to take office equipment and enter private property without a warrant, and take such equipment by allowing Brian R. Beers, to perform this function for DEPARTMENT OF EDUCATION without interference or correction.

5 DEPARMENT OF EDUCATION has delegated its INVESTIGATING operations to BRIAN R. BEERS who has delegated final policy making authority regarding the taking of property from businesses, entering business property without warrant, to Brian R. Beers, and jurisdictional action, by allowing Brian R. Beers, to perform aspects of this function without interference or correction. He has recruited Phillip Carter who participated in this theft, robbery, trespass, that is criminal.

6 The policy making decisions of DEPARTMENT OF EDUCATION with regard to the provision of ENTERING persons PRIVATE property and stealing are within the jurisdictional bounds of DEPARTMENT OF EDUCATION are imputed to Brian R. Beers.

7 The policy making decisions mentioned of Brian R. Beers including those imputed to Phillip Carter AS State Representative - STATE OF ARKANSAS are imputed to Phillip Carter by STATE OF ARKANSAS [indirectly] by Governor MIKE BEBE [at time of alleged action] are imputed and serve to bind both, STATE OF ARKANSAS, DEPARTMENT OF EDUCATION and Brian R. Beers, Phillip Carter directly or indirectly.

8 It is the official policy of STATE OF ARKANSAS and DEPARTMENT OF EDUCATION to deny citizens the right to be free upon the land of United States and be targeted by a State Official without law is forced slavery, violation of the Constitution of Arkansas, and Constitution of the United States too.

9 These actions committed have become widespread to recognize the quality of custom or usage in Arkansas & UNITED STATES OF AMERICA. The official duty of final policy makers of STATE OF ARKANSAS and DEPARTMENT OF EDUCATION inter alia, to be informed of custom or usage and, such policy makers had manifest opportunities to be informed.

10 The actual or constructive knowledge of the existence of this custom or usage and intentionally or with deliberate indifference, failed to correct or stop the practices and thus condoned it. This condonement may fairly be attributed in part to DEPARTMENT OF EDUCATION and STATE OF ARKANSAS, and part to BRIAN R. BEERS and PHILLIP CARTER.

11 The actions committed deprived petitioner of his Constitutional Privileges and Immunities to adequate allowance of Constitutional Right to not seize his property without a "Warrant" anywhere without law is furtherance of an official policy, custom or usage of STATE OF ARKANSAS, and DEPARTMENT OF EDUCATION, and such official policy, custom, or usage was direct and proximate cause of such deprivation.

12 GOVERNOR is not entitled to qualified, sovereign immunity because of the purchase of "Bond Insurance".

13 Brian R. Beers, Phillip Carter in their official capacities are persons within the meaning of 42 USC 1983.

14 Such conduct poses a pervasive and unreasonable risk of Constitutional violations and injury- such are the violations here; to petitioner. Brian R. Beers, Phillip Carter had actual constructive knowledge given to him from state officers, who knew or should have known having a meeting of the minds Brian R. Beers, Phillip Carter and Governor all decided to engage in conduct that posed pervasive and unreasonable risk of Constitutional violations and injury to petitioner.

15 The deliberate indifference to, or tacit authorization of, such unconstitutional conduct shows the response of actual or constructive knowledge of this pervasive and unreasonable risk of Constitutional violation and injury to petitioner.

16 A reasonable person in the position of defendants would have known that his or her actions violated petitioner's Article 4, section 2 Constitutional Privileges and immunities along with certain state statutory provisions.

17 GOVERNOR is liable under the law of Arkansas for such actions of Phillip Carter based on the doctrine of respondent superior.

18 Treble damages are entitled to be given to petitioner for such wrong or injury pursuant to Arkansas Law.

19 Petitioner is entitled to recover damages against STATE OF ARKANSAS, DEPARTMENT OF EDUCATION bonds' pursuant to Arkansas law and Laws of the United States.

20 Defendants' conduct was willful or wanton in that it constituted the conscious and intentional disregard of, and indifference to, the privileges and immunities, of petitioner, which said defendants knew, or should have known, was reasonably likely to result in injury, damage, or IRREPARABLE harm.

## DEPRIVING DUE PROCESS, CONSPIRACY, DEPRIVATION AGAINST RIGHTS

1 This is a complained action for the deprivation of rights, conspiracy against rights and denial of petitioner privileges and immunities afforded from Article 4, sec.2 Constitution of the United States Denied. Defendant violated *RICO* and State and Federal Law i.e. 42 USC 1973; 18 USC 2314 – "Trafficking Stolen Goods", Anderson v. United States 411 US 211(1974); 18 USC 241, 242; ARA 7-1-103; AR5-53-131; 52 USCA 10301.

2 Brian R. Beers per business card is a resident of Dallas, TX. Phillip Carter, Governor are residents of Arkansas and all are being sued separately in their official and individual capacities.

3 Governor was responsible for supervising the training, instruction, discipline, and conduct of PHILLIP CARTER including, but not limited to training, instruction, discipline, control, and conduct concerning jurisdiction, Constitution of Arkansas provisions for PROTECTING Citizens rights to not be profiled and have their personal and business property stolen without any Court order, order.

4 DEPARTMENT OF EDUCATION, STATE OF ARKANSAS, was responsible for instituting policy for the entering persons property which includes, but not limited to, setting policy guidelines for training for officers to enter persons property, take property out of premises with only a warrant where petitioner was not convicted to be subject to such behavior. Who told Brian R. Beers, Phillip Carter to go into petitioners business and take his property since no warrant issued to allow them to act, and display behavior to do that? Who told Brian R. Beers, Phillip Carter to steal and enter property falsely what amounts to a "Federal Crime" is evidence of a "Policy" and "Custom" to do this.

5 The established policy has created a custom to enter any person or Citizens property that is free in enjoyment of right to travel, not be seized in Arkansas for any reason. DEPARTMENT OF EDUCATION; STATE OF ARKANSAS is responsible for the established climate and custom that allows Brian R. Beers, Phillip Carter to use deliberate unreasonable AUTHORITY overstepping the State LAW & FEDERAL LAW for personal satisfaction because they were told to do such, in violating the *42 USC 1983, 1985* and denying Petitioner access the 4th Amendment because petitioner is exercising his free enjoyment of the Constitution of the United States privilege, in connection with the Constitution of Arkansas.

6 DEPARTMENT OF EDUCATION; is a political subdivisions of the United States of America.

7 Under 18 USC 241, 242; ARA 7-1-103; AR5-53-131; 42 USC 1983, 1985, at all times pertinent, DEPARTMENT OF EDUCATION; STATE OF ARKANSAS; was responsible for providing and maintaining advocacy of unlawful acts by groups or individuals against other persons or groups, in this case, by Brian R. Beers, Phillip Carter directly or indirectly allowed, authorized the provoking and inciting damage, creating false records, created false and misleading public notification database on petitioner, which action is not constitutionally protected, poses a threat to public order and Constitution of Arkansas, Constitution of the United States and 18 USC 241, 242; ARA 7-1-103; AR5-53-131; 42 USC 1983, 1985 inter alia, and should be subject to criminal sanctions; Also, the deliberate and willful intention of Brian R. Beers, Phillip Carter to conduct behavior by depriving petitioners Right.

8 DEPARTMENT OF EDUCATION; STATE OF ARKANSAS has final policy making authority regarding the provisions on deprivation of rights and conspiracy against rights inter alia.

9 Defendants Governor and Brian R. Beers, Phillip Carter are residents of Arkansas. At all times Governor and Brian R. Beers, Phillip Carter were duly elected and hired and acting directors of DEPARTMENT OF EDUCATION; STATE OF ARKANSAS.

10 DEPARTMENT OF EDUCATION; STATE OF ARKANSAS has allowed Brian R. Beers, Phillip Carter to perform the entering persons PROPERTY without authority, train workers, set policy, which has established certain customs that violate the Constitution of Arkansas and Constitution of the United States. By creating injury to the 42 USC 1983, 1985; Article 4, sec. 2 Constitution of the United States inter alia.

11 At all times pertinent, Governor, Brian R. Beers, Phillip Carter conspired, as a group, had a meeting of the minds, possessing the power to allow petitioner to be safe by depriving his rights and conspired against his rights or stop the established train of abuse committed by Brian R. Beers, Phillip Carter who was suppose to allow any Citizen un deprived right nor conspire against that right unto petitioner. They carry this authority to make sure all of the orders, rules, instructions, policies and regulations promulgated are with the meaning of 18 USC 241, 242; ARA 7-1-103; AR5-53-131; 42 USC 1983, 1985 inter alia. They failed to stop the action that caused this complaint, because they knew before hand thus verifying and perpetuating the violations listed and to be discussed or laid out.

## FEDERAL TRAFFICKING VIOLATION

1.  Brian R. Beers transported, transmitted, or transferred in interstate or foreign commerce petitioners goods, wares, merchandise, securities, of the value of $5,000 or more, knowing the same to have been stolen, converted or taken by fraud.

2.  Brian R. Beers, devised a scheme or artifice to defraud, to obtain property by means of false or fraudulent pretenses, representations, or promises, by his transports or causes to be transported, or induces Brian R. Beers or persons to travel in, or to be transported in interstate or foreign commerce in the execution or concealment of a scheme or artifice to defraud petitioner and property having a value of $5,000 or more.

3.  He Brian R. Beers sent a letter years after for petitioner to come get the property he stole, but petitioner did nothing because there was no search warrant for Brian R. Beers to take the property in the first place.

4.  Brian R. Beers knowing the same to have been stolen, converted or taken by fraud— Shall be fined under Federal Law or imprisoned not more than ten years, or both.

## DELIBERATE DISREGARD OF STATE LAW

5.  Brian R. Beers, Phillip Carter did not seek a copy of a grand jury indictment per *prerequisite* AR 7-5-807(D).

6.  There was no finding of guilt per AR 7-5-808 that would allow the actions taken by BRIAN R. BEERS, PHILLIP CARTER, who should have known or knew that you cannot take property or enter property without a charge and court order. But did so, on his own as STATE OFFICER, recruit conspirators, OR that Governor knew or should have known, to conduct a meeting of the minds and devote time to make phone calls to a State Representative and conspire against another State Representative, that is treason against United States and Arkansas State, republics.

7.  Nor did Brian R. Beers, Phillip Carter pursuant to Article 5 sec. 9 file a complaint after Fred Smith returned to his government seat in regards to the business of his constituents AR 7-5-805 or Constitution of Arkansas and Arkansas arrest procedures.

WHEREFORE petitioner, demands judgment against the defendants, jointly and severally, as follows:

a.) As compensatory damages, the sum of $    , for each defendant; Department of Education $

b.) As punitive damages on Brian Beers, Phillip Carters actions, in the sum of $ Dollars for each Defendants willful, arbitrary and negligent action in treble damages, for stealing, and breaking and entering.

c.) Exemplary and emotional damages be imposed for the petitioner's emotional distress in restitution for his economic losses in his business - "Save Our Kids" that has been terminated, in the sum of $    Dollars by each defendant.

d.) Attorneys' fees imposed in prosecuting this action pursuant to the Defendants actions;

e.) And that other such further relief as to the Court deems proper.

Former Representative
Fred Smith

This ___ day of _____ 2018.

Frederick Smith

# AFFIDAVIT

From: Former State Representative Frederick Smith - Arkansas

Vs.

US Department of Education 1999 BRYAN ST. HARWOOD CENTER SUITE 1440 Dallas, TX 75201
BRIAN BEERS SPECIAL AGENT 1999 BRYAN ST. HARWOOD CENTER SUITE 1440 Dallas, TX 75201
PHILLIP CARTER Former City Council 205 S. Redding St. West Memphis, AR 72301

## BURGLARY, TRESSPASS, THEFT OF PROPERTY
## AND
## ILLEGAL ENTERING, TRAFFICKING STOLEN GOODS

COMES NOW; Petitioner former State Democratic Representative who was abused by the
democrats of Arkansas to now complain to the Judiciary Committee to show of criminal actions
done to a then State Representative, by a Department of Education officials who unlawfully and
illegally entered the business of petitioner without a warrant to search and stole property in
violation of 4th Amendment of the Constitution of the United States and Arkansas Law.

## FACTS

1.      It has been established that, Brian R. Beers, Phillip Carter participated in the smearing
        of public vistas of petitioner, damaging the good name of petitioner, by entering the
        property without a warrant to search or arrest or anything just went in because
        petitioner was involved in another situation regarding taking a seat as State rep for
        Arkansas.

2.      Petitioner has never been 'sentenced' to become a 'fugitive from justice' or 'criminal'
        to allow Brian R. Beers, Phillip Carter to enter the property of petitioner and take
        such property without cause, just took it is egregious, criminal and wicked for a State
        Official and Government Special Agent to conduct themselves in theft, robbery,
        trespass and tort to the highest degree. Defendants Brian R. Beers, Phillip Carter
        devoted a certain amount of energy to destroy the character, integrity, good name of
        Fred Smith without cause that a reasonable person would be able to rationalize to the
        effect of the deliberate action in conspiracy with other State officials and from
        personal biased & prejudice when no crime by Fred Smith was committed.

3.      Defendant Brian R. Beers, Phillip Carter gained advantage from, SPECIAL AGENT
        who he met with in secret, to discuss the demise of Fred Smith's good name. They
        conspired to do so from prejudice and biasness where they disregarded justice, the
        law, the rules of law, the ethics of jobs & duties, the Constitution of Arkansas, and

finally complete disregard for the Constitution of the United States and petitioners Article 4, Sec. 2 Privileges & Immunities.

4    As a Officer of the State being a State Representative, it is petitioners comprehension that if Fred Smith was guilty of any wrong doing, whatsoever, a "investigation" was to be conducted to determine if any 'criminal' charges were to be sought where Brian R. Beers, Phillip Carter could lawfully enter petitioner property by "4th amendment warrant" from a judge ruling as to Fred Smith's behavior. Instead of make a legal determination under **color of law** and process a color of law entry into the property of petitioner, simply to abuse Fred Smith.

5    **Article 1 sec. 13** of the Arkansas Constitution states: *Every person is entitled to a certain remedy in the laws for all injuries or wrongs he may receive in his person, property or character; he ought to obtain justice freely, and without purchase; completely, and without denial; promptly and without delay; conformably to the law.* Defendant Brian R. Beers, Phillip Carter who on their own without a order to go into the property when there was and is no court order allowing them to just obtain keys to enter such property because Phillip Carte was a State Representative and Brian R. Beers was a Special Agent is a egregious abuse of authority and law.

6    Since Defendant Brian R. Beers, Phillip Carter did this on his own with instruction of "Willful Blindness" of the Secretary of State/Chairman Democratic Party and Governor [former] to take Fred Smith down was the communication discussed between the parties aforementioned to violate the Constitution of Arkansas; Article 4, sec. 2 Constitution of the United States; laws of Arkansas and even the "Policy and Custom" for entering persons into the NCIC.

7    Fred Smith by Brian R. Beers, Phillip Carter direct action where the media who slandered Fred Smith by reporting he was convicted and had a copy of his picture in the news i.e. *Photo by* Staton Breidenthal *article by* Sarah D. Wire of the "**Arkansas Democratic Gazette**".

8    Brian R. Beers, Phillip Carter stole property out of the office of petitioners business "Save Our Kids", without regard for any law, just did it by orders of the former Governor and present Secretary of State.

## RESPONDENT SUPERIOR

1 Brian R. Beers, Phillip Carter, DEPARTMENT OF FEDUCATION are persons within the meaning of 42 USC 1983, 1985.

2 DEPARTMENT OF EDUCATION is not entitled to 11th amendment immunity because it is local in nature. DEPARAMENT OF EDUCATION is not entitled to sovereign immunity because of the purchase of insurance in bond and otherwise.

3 Article 4, section 2 Constitution of the United States provides petitioner with a privilege & immunity, to be free to obtain and conduct business without being targeted from Brian R. Beers, Phillip Carter et al, to enter his business property and just take all office equipment from no court order is criminal.

4 DEPARTMENT OF EDUCATION has delegated its policing operations to BRIAN R. BEERS who has recruited PHILLIP CARTER former State Representative with no responsibility for, and final policy making authority regarding the provision of ENTERING persons property to take office equipment and enter private property without a warrant, and take such equipment by allowing Brian R. Beers, to perform this function for DEPARTMENT OF EDUCATION without interference or correction.

5 DEPARMENT OF EDUCATION has delegated its INVESTIGATING operations to BRIAN R. BEERS who has delegated final policy making authority regarding the taking of property from businesses, entering business property without warrant, to Brian R. Beers, and jurisdictional action, by allowing Brian R. Beers, to perform aspects of this function without interference or correction. He has recruited Phillip Carter who participated in this theft, robbery, trespass, that is criminal.

6 The policy making decisions of DEPARTMENT OF EDUCATION with regard to the provision of ENTERING persons PRIVATE property and stealing are within the jurisdictional bounds of DEPARTMENT OF EDUCATION are imputed to Brian R. Beers.

7 The policy making decisions mentioned of Brian R. Beers including those imputed to Phillip Carter AS State Representative - STATE OF ARKANSAS are imputed to Phillip Carter by STATE OF ARKANSAS [indirectly] by Governor MIKE BEBE [at time of alleged action] are imputed and serve to bind both, STATE OF ARKANSAS, DEPARTMENT OF EDUCATION and Brian R. Beers, Phillip Carter directly or indirectly.

8 It is the official policy of STATE OF ARKANSAS and DEPARTMENT OF EDUCATION to deny citizens the right to be free upon the land of United States and be targeted by a State Official without law is forced slavery, violation of the Constitution of Arkansas, and Constitution of the United States too.

9 These actions committed have become widespread to recognize the quality of custom or usage in Arkansas & UNITED STATES OF AMERICA. The official duty of final policy makers of STATE OF ARKANSAS and DEPARTMENT OF EDUCATION inter alia, to be informed of custom or usage and, such policy makers had manifest opportunities to be informed.

10 The actual or constructive knowledge of the existence of this custom or usage and intentionally or with deliberate indifference, failed to correct or stop the practices and thus condoned it. This condonement may fairly be attributed in part to DEPARTMENT OF EDUCATION and STATE OF ARKANSAS, and part to BRIAN R. BEERS and PHILLIP CARTER.

11 The actions committed deprived petitioner of his Constitutional Privileges and Immunities to adequate allowance of Constitutional Right to not seize his property without a "Warrant" anywhere without law is furtherance of an official policy, custom or usage of STATE OF ARKANSAS, and DEPARTMENT OF EDUCATION, and such official policy, custom, or usage was direct and proximate cause of such deprivation.

12 GOVERNOR is not entitled to qualified, sovereign immunity because of the purchase of "Bond Insurance".

13 Brian R. Beers, Phillip Carter in their official capacities are persons within the meaning of 42 USC 1983.

14 Such conduct poses a pervasive and unreasonable risk of Constitutional violations and injury-such are the violations here; to petitioner. Brian R. Beers, Phillip Carter had actual constructive knowledge given to him from state officers, who knew or should have known having a meeting of the minds Brian R. Beers, Phillip Carter and Governor all decided to engage in conduct that posed pervasive and unreasonable risk of Constitutional violations and injury to petitioner.

15 The deliberate indifference to, or tacit authorization of, such unconstitutional conduct shows the response of actual or constructive knowledge of this pervasive and unreasonable risk of Constitutional violation and injury to petitioner.

16 A reasonable person in the position of defendants would have known that his or her actions violated petitioner's Article 4, section 2 Constitutional Privileges and immunities along with certain state statutory provisions.

17 GOVERNOR is liable under the law of Arkansas for such actions of Phillip Carter based on the doctrine of respondent superior.

18 Treble damages are entitled to be given to petitioner for such wrong or injury pursuant to Arkansas Law.

19 Petitioner is entitled to recover damages against STATE OF ARKANSAS, DEPARTMENT OF EDUCATION bonds' pursuant to Arkansas law and Laws of the United States.

20 Defendants' conduct was willful or wanton in that it constituted the conscious and intentional disregard of, and indifference to, the privileges and immunities, of petitioner, which said defendants knew, or should have known, was reasonably likely to result in injury, damage, or IRREPARABLE harm.

## DEPRIVING DUE PROCESS, CONSPIRACY, DEPRIVATION AGAINST RIGHTS

1 This is a complained action for the deprivation of rights, conspiracy against rights and denial of petitioner privileges and immunities afforded from Article 4, sec.2 Constitution of the United States Denied. Defendant violated *RICO* and State and Federal Law i.e. 42 USC 1973; 18 USC 2314 – "Trafficking Stolen Goods", Anderson v. United States 411 US 211(1974); 18 USC 241, 242; ARA 7-1-103; AR5-53-131; 52 USCA 10301.

2 Brian R. Beers per business card is a resident of Dallas, TX. Phillip Carter, Governor are residents of Arkansas and all are being sued separately in their official and individual capacities.

3 Governor was responsible for supervising the training, instruction, discipline, and conduct of PHILLIP CARTER including, but not limited to training. instruction, discipline, control, and conduct concerning jurisdiction, Constitution of Arkansas provisions for PROTECTING Citizens rights to not be profiled and have their personal and business property stolen without any Court order, order.

4 DEPARTMENT OF EDUCATION, STATE OF ARKANSAS, was responsible for instituting policy for the entering persons property which includes, but not limited to, setting policy guidelines for training for officers to enter persons property, take property out of premises with only a warrant where petitioner was not convicted to be subject to such behavior. Who told Brian R. Beers, Phillip Carter to go into petitioners business and take his property since no warrant issued to allow them to act, and display behavior to do that? Who told Brian R. Beers, Phillip Carter to steal and enter property falsely what amounts to a "Federal Crime" is evidence of a "Policy" and "Custom" to do this.

5 The established policy has created a custom to enter any person or Citizens property that is free in enjoyment of right to travel, not be seized in Arkansas for any reason. DEPARTMENT OF EDUCATION; STATE OF ARKANSAS is responsible for the established climate and custom that allows Brian R. Beers, Phillip Carter to use deliberate unreasonable AUTHORITY overstepping the State LAW & FEDERAL LAW for personal satisfaction because they were told to do such, in violating the *42 USC 1983, 1985* and denying Petitioner access the 4th Amendment because petitioner is exercising his free enjoyment of the Constitution of the United States privilege, in connection with the Constitution of Arkansas.

6 DEPARTMENT OF EDUCATION; is a political subdivisions of the United States of America.

7 Under 18 USC 241, 242; ARA 7-1-103; AR5-53-131; 42 USC 1983, 1985, at all times pertinent, DEPARTMENT OF EDUCATION; STATE OF ARKANSAS; was responsible for providing and maintaining advocacy of unlawful acts by groups or individuals against other persons or groups, in this case, by Brian R. Beers, Phillip Carter directly or indirectly allowed, authorized the provoking and inciting damage, creating false records, created false and misleading public notification database on petitioner, which action is not constitutionally protected, poses a threat to public order and Constitution of Arkansas, Constitution of the United States and 18 USC 241, 242; ARA 7-1-103; AR5-53-131; 42 USC 1983, 1985 inter alia, and should be subject to criminal sanctions; Also, the deliberate and willful intention of Brian R. Beers, Phillip Carter to conduct behavior by depriving petitioners Right.

8 DEPARTMENT OF EDUCATION; STATE OF ARKANSAS has final policy making authority regarding the provisions on deprivation of rights and conspiracy against rights inter alia.

9 Defendants Governor and Brian R. Beers, Phillip Carter are residents of Arkansas. At all times Governor and Brian R. Beers, Phillip Carter were duly elected and hired and acting directors of DEPARTMENT OF EDUCATION; STATE OF ARKANSAS.

10 DEPARTMENT OF EDUCATION; STATE OF ARKANSAS has allowed Brian R. Beers, Phillip Carter to perform the entering persons PROPERTY without authority, train workers, set policy, which has established certain customs that violate the Constitution of Arkansas and Constitution of the United States. By creating injury to the 42 USC 1983, 1985; Article 4, sec. 2 Constitution of the United States inter alia.

11 At all times pertinent, Governor, Brian R. Beers, Phillip Carter conspired, as a group, had a meeting of the minds, possessing the power to allow petitioner to be safe by depriving his rights and conspired against his rights or stop the established train of abuse committed by Brian R. Beers, Phillip Carter who was suppose to allow any Citizen un deprived right nor conspire against that right unto petitioner. They carry this authority to make sure all of the orders, rules, instructions, policies and regulations promulgated are with the meaning of 18 USC 241, 242; ARA 7-1-103; AR5-53-131; 42 USC 1983, 1985 inter alia. They failed to stop the action that caused this complaint, because they knew before hand thus verifying and perpetuating the violations listed and to be discussed or laid out.

## FEDERAL TRAFFICKING VIOLATION

1    Brian R. Beers transported, transmitted, or transferred in interstate or foreign commerce petitioners goods, wares, merchandise, securities, of the value of $5,000 or more, knowing the same to have been stolen, converted or taken by fraud.

2    Brian R. Beers, devised a scheme or artifice to defraud, to obtain property by means of false or fraudulent pretenses, representations, or promises, by his transports or causes to be transported, or induces Brian R. Beers or persons to travel in, or to be transported in interstate or foreign commerce in the execution or concealment of a scheme or artifice to defraud petitioner and property having a value of $5,000 or more.

3    He Brian R. Beers sent a letter years after for petitioner to come get the property he stole, but petitioner did nothing because there was no search warrant for Brian R. Beers to take the property in the first place.

4    Brian R. Beers knowing the same to have been stolen, converted or taken by fraud— Shall be fined under Federal Law or imprisoned not more than ten years, or both.

## DELIBERATE DISREGARD OF STATE LAW

5    Brian R. Beers, Phillip Carter did not seek a copy of a grand jury indictment per *pre-requisite* AR 7-5-807(D).

6    There was no finding of guilt per AR 7-5-808 that would allow the actions taken by BRIAN R. BEERS, PHILLIP CARTER, who should have known or knew that you cannot take property or enter property without a charge and court order. But did so, on his own as STATE OFFICER, recruit conspirators, OR that Governor knew or should have known, to conduct a meeting of the minds and devote time to make phone calls to a State Representative and conspire against another State Representative, that is treason against United States and Arkansas State, republics.

7    Nor did Brian R. Beers, Phillip Carter pursuant to Article 5 sec. 9 file a complaint after Fred Smith returned to his government seat in regards to the business of his constituents AR 7-5-805 or Constitution of Arkansas and Arkansas arrest procedures.

## BREACH OF SECURITY AND MISCONDUCT ON DUTY

1    The actions of Brian R. Beers, Phillip Carter caused petitioner to be placed into a National Criminal base for no reason whatsoever, authority, which cause irreparable

harm to petitioner without cause is clear and concise of an official policy to damage petitioner.

2. Brian R. Beers, Phillip Carter together met and discussed how and when to enter petitioners property without a warrant and search it and take all the property and examine it without warrant and just violate petitioner because he is African American.

3. DEAPARTMENT OF EDUCATION & STATE OF ARKANSAS failed to train, supervise, instruct, guide in the proper procedures of entering person's property. The aforementioned employer failed to instill and impart into Brian R. Beers, Phillip Carter "integrity" to mimic and copy for the sake of protecting the laws of Arkansas, Rights of the Citizens of Arkansas, Privileges & Immunities as possessed pursuant to Article 4, sec. 2 Constitution of the United States.

4. Brian R. Beers, Phillip Carter violated the proper levels of access for every transaction where he entered property in violation of the 4th amendment of the Constitution of the United States from instructions of their policy and custom of the DEPARTMENT OF EDUCATION.

5. There was no search warrant issued because a FOIA request for it was done and a letter was returned stating "...we cannot provide you with that...".

PROPERTY STOLEN:
Epson Work Force Printer/Copier Model C365A[serial number: MJLY007678]; Blackberry Cell Phone 9630, PESN HEX: 80767015, SIM Card#8901010008230119739F; TDK CD-R80; Note Sheet; SanDisk 2GB Thumb drive, SCDZ36-002G, PNY2GB Thumb drive THNU!)HA0RA00; Compaq Presario SR1313CL, Product#P5513AA, Serial#CNY4520HGB; Multiple boxes of records, states the following:

This 17 day of   Hpri l   2017
Fred Smith

ARKANSAS STATE
COUNTY OF Crittenden

I Bernice Marshall a notary public state, Frederick Smith has Sworn and Subscribe before me by WITNESS of my hand this 17th day of  Hpri L
20 17 Bernice Marshall

OFFICIAL SEAL - NO. 12367146
BERNICE MARSHALL
NOTARY PUBLIC - ARKANSAS
CRITTENDEN COUNTY
MY COMMISSION EXPIRES: 07-25-18

My Commission Expires  07/25/2018

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**UNITED STATES DEPARTMENT OF EDUCATION**
OFFICE OF INSPECTOR GENERAL
1999 BRYAN STREET, HARWOOD CENTER, SUITE 1440
DALLAS, TEXAS 75201
PHONE: (214) 661-9530  FAX: (214) 661-9539



*Read* [handwritten]

Date: March 31, 2015

Fred Smith
7601 Broken Hickory Dr.
Walls, MS 38680-8989

Dear Mr. Smith:

This letter is being sent to you regarding property currently in the possession of the U.S. Department of Education, Office of Inspector General. The items were seized pursuant to a search warrant executed at 2422 East Broadway, West Memphis, Arkansas 72301 on May 29, 2012. The following is a list of the items:

[Handwritten: I'm still waiting on a search warrant issued by a Judge, if not a search warrant, that will be theft of property, taking property across state line, without consent]

1. Epson Work Force Printer/Copier Model C365A (Serial#MJLY007678)

2. Blackberry Cell Phone 9630, PESN HEX: 80767015, SIM Card#89010100082301197359F, Micro SD-C016

3. TDK CD-R80 (unlabeled)

4. Note Sheet (includes password)

5. ~~SanDisk 2GB Thumb drive, SGDZ576-062G, PNY2GB TE2200 drive THNU10H150K400~~

6. Compaq Presario SR1313CL, Product#P5513AAR, Serial#CNY4520HGB

7. Multiple boxes of records

The items listed above need to be returned or destroyed. If you would like to have some or all of the items returned to you please call (214) 661-9528. If you do not contact this office within 30 days of receiving this letter, all of the property listed above will be destroyed.

Sincerely,

Brian R. Beers
Special Agent

[Handwritten: c.c. Kathleen S. Tighe U.S. Department of Education office of Inspector General]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
OFFICE OF THE CLERK
600 WEST CAPITOL AVENUE
Room A149
LITTLE ROCK, ARKANSAS 72201

JAMES W. McCORMACK
CLERK

PHONE 501-604-5351
FAX 501-604-5321

October 4, 2016

Mr. Fred Smith
Post Office Box 303
Crawfordsville, Arkansas 72327

      Re:    Request for Information

Dear Mr. Smith:

      This confirms your request for information concerning a search warrant. I am unable to locate a search warrant case based on the information provided. There are no public records available for a search warrant issued for 2422 East Broadway in West Memphis, Tennessee, in 2012. Please provide a case number for additional information. Thank you.

                Sincerely,

                JAMES W. McCORMACK, CLERK

                By: _Tammy Downs_

                Tammy Downs/Deputy Clerk

Enclosure

cc:    James McCormack, Clerk of Court

Kathleen S. Tighe or Brian R. Beers or
Authorized Person
Director Office of Information and Privacy
Department of Justice
10ᵗʰ & Constitution NW
Washington, D.C. 20530

Subject: Freedom of Information Act "FOIA" request

Dear Citizen Worker;

This is a request under Freedom of Information Act. I request that a copy of the
following documents be provided to me, without delay on the attached item list showing:

1    Who filed complaint to enter property to seize items?
2    Was there a warrant if so, provide a copy.
3    What Judge signed the warrant if any or order to enter property?
4    Names of the persons who actually entered the property, building and office.
5    Who let the officers into the building in the first instance, and did he sign
     anything for letting them in, and is that person the owner of the building at that
     time.

I request a waiver of all fees for this request.

Disclosure of the requested information to me is in the public interest, because it is likely
to contribute *significantly* to public understanding of the operations and activities of the
federal government, and is not *primarily* in my commercial interest.

See also 5 USC 552(a)(4)(B). Statues conferring original jurisdiction on federal district
courts must be *strictly* construed.

If you are not the correct person to whom this FOIA request should be directed, please
forward it without delay to the correct person(s).

Thank you for your timely consideration of this FOIA request.

Fred Smith
Box 303
Crawfordsville, Arkansas 72327

July 20, 2015

Fred Smith all Rights Reserved without Prejudice

10

www.arcountydata.com

# FIFTEENTH STREET CHURCH OF GOD IN CHRIST
ARCountyData.com

Commercial Improvements

Commercial Improvement #1

I Fred Smith, was the Tenant of this building, I leasing this building through 15th St. Church, to this day I don't Know how a west Memphis city councilman, com out of nowhere and open my door and let officer seize my property. I was never notified, or saw a search warrant, Illegal ENTERING Burglary, Tresspass Theft of Property

| | | | | |
|---|---|---|---|---|
| Building Section #: | 1 | | | |
| Business Name: | EDEN HOUSE ADULT DAYCARE | | | |
| Location: | 2422 E BROADWAY | | | |
| Total SF: | 1,152 | | | |
| Stories: | 1 | | | |
| Year Built: | 1950 | | | |
| Effective Age: | 35 | | | |
| Occupancy: | Code | Description | Class | Percent |
| | 426 | Day Care Center | C-2 | 100% |

# FIFTEENTH STREET CHURCH OF GOD IN CHRIST-377011000000

## ARCountyData.com

Basic Info

Parcel Number:     377011000000

County Name:     Crittenden County

Ownership Information:     FIFTEENTH STREET CHURCH OF GOD IN CHRIST
121 S 15TH ST
WEST MEMPHIS AR 72301

Property Address:     FIFTEENTH STREET CHURCH OF GOD IN CHRIST
2424 E BROADWAY
WEST MEMPHIS, AR 72301
Map This Address

Billing Information:     FIFTEENTH STREET CHURCH OF GOD IN CHRIST
121 S 15TH ST
WEST MEMPHIS, AR 72301

Total Acres:     7.34

Timber Acres:     0.00

Sec-Twp-Rng:     08-06-09

Lot/Block:     W100 E525 OF 9/1

Subdivision:     RICH EASTERN

Legal Description:     W100' OF THE E525' OF LOT 9 PLAT BK 2 PG 50

School District:     24 WEST MEMPHIS CITY

Improvement Districts:     DRAINAGE DIST 7,ROAD DIST 9,LEVEE DIST

Homestead Parcel?:     No

Tax Status:     Taxable

Over 65?:     No

Need a report for your business?
Subscriber accounts can print sales, land usage, parcel details, parcel history, valuations, mailing labels and
mailing address reports quickly and easily.
Sign Up Now



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF INSPECTOR GENERAL

July 29, 2015

Mr. Fred Smith
Box 303
Crawfordsville, Arkansas 72327

Dear Mr. Smith,

This letter is to acknowledge receipt of your July 20, 2015, Freedom of Information Act (FOIA) request. You requested a copy of documents relating to a search warrant executed on May 29, 2012. Your request is being processed. We have assigned FOIA number 15-0163-F to your request.

Sincerely,

Gale Hoes
Program Specialist

cc: Department's FOIA Office

LOG IN TO COMMENT / CREATE ACCOUNT
LOG IN TO DIGITAL MEMBERSHIP / SUBSCRIBE

# Arkansas Blog

Get unlimited access.
Become a digital
member!

Archives | RSS

‹ Conviction of animal cruelty report...

another day, another... prison... ›

## 2nd guilty plea in bribery case over state mental health services
Posted By Max Brantley on Thu, Sep 17, 2015 at 12:14 PM

Arkansas Business reports here on a federal court filing Wednesday that shows a second person has pleaded guilty to a bribery scheme to help a mental health contractor of the state Department of Human Services.



PHILLIP CARTER: Pleads in conspiring

Phillip Carter, a former West Memphis councilman and juvenile probation officer, pleaded guilty to conspiring to bribe Steven Jones, a former legislator from Marion and a DHS official. Jones pleaded guilty earlier and is awaiting sentencing. An unidentified West Memphis pastor also was said to be a participant in funneling money from a mental health care company, unidentified in the federal charges but identified by state officials as the businesses of Ted Suhl. His inpatient facility — Trinity Behavioral Health Services, once known as the Lord's Ranch — and a statewide counseling business were cut off from state reimbursement by Medicaid after the investigation became public.

Suhl and his companies have not been charged, but are expected to receive reports of ongoing federal grand jury review.



STEVEN JONES: A guilty plea to conspiring to bribe the former legislator.

It is another case — like that of former judge Mike Maggio — where the federal government has won a guilty plea from someone who said they accepted a bribe but hasn't charged anyone actually making the bribe. Maggio said he took campaign contributions to influence his decision to reduce a judgment in a nursing home negligence case. It's a matter of record that former Republican Sen. Gilbert Baker rounded up money from nursing home owner Michael Morton for Maggio's campaign and to those of many other judges, including significant amounts for newly elected Supreme Court Justice Rhonda Wood. A nursing home owned by Morton had its penalty reduced from $5.2 million to $1 million by Maggio. Morton and Baker have not been charged with anything or named in the Maggio charge and both have said they've done nothing wrong.

Meanwhile back at Ted Suhl: His Trinity home continues to operate in Warm Springs, but without paying customers from Arkansas. A DHS spokesman told me this week that there are currently three residents at the facility, which the state still licenses for compliance with rules pertaining to residential mental health facilities.

Phillip Carter, earlier involved in an absentee voter buying scheme, will be sentenced next February.

Here's the federal charge filed against Carter, with details of the scheme.

The charge details a four-year bribery scheme, laundering payments from the health care company through the unnamed pastor's church, to be turned over to Jones. He made some payments to participants. Jones provided information useful to the health care company's business about internal matters at DHS.

The information says that the targeted health care operator was under surveillance when he handed a $2,000 check to Carter in a Memphis restaurant when Jones left the table. Carter put the check in his sock.

Tags: Phillip Carter, Steve Jones, Ted Suhl, Department of Human Services, Lord's Ranch, Trinity Behavior Health Care, Image

5/5/13

**Free Republic**
Browse · Search

News/Activism
Topics · Post Article

Skip to comments.

## Ark. State Rep. Hudson Hallum pleads guilty in absentee vote fraud case; resigns from legislature

Arkansas Times ^ | Wed, Sep 5, 2012 at 3:15 PM | Posted by Max Brantley

Posted on 9/5/2012 5:20:45 PM by DeaconBenjamin



The "Informant"

HUDSON HALLUM: Pleads guilty in election fraud; resigns from office.

The U.S. attorney's office has announced that four men, including Democratic state Rep. Hudson Hallum of Marion, pleaded guilty today to felony conspiracy to commit election fraud in Hallum's special election victory last year. The case charges buying of bundled absentee ballots.

All four appeared today in federal court and were released on their own recognizance. The others were Hallum's father, Kent Hallum, a car dealer; West Memphis police officer Sam Malone and West Memphis City Councilman Phillip Carter.

Here's the indictment.

It says Carter had used the same absentee ballot fraud strategy in other elections at the state and federal level. Carter organized others, including Malone, a Quorum Court member, School Board member and police officer, to participate. They identified people likely to vote absentee, based on past elections, and arranged to have absentee ballots mailed. They tracked the progress of mailing and completing the ballots and paid voters in cash and other ways for Hallum votes, as well as checking to see how they voted. In one case, $20 was provided for a "family meal" for eight. Ballots for opponent Kim Felker were destroyed. They also conspired to evade the law that limits the number of absentee ballots a bearer may possess. Hallum, who won the runoff by 8 votes, got 394 of his 880 votes by absentee vote. Hallum himself mailed bundles of the absentee votes his group had collected. The group also purchased half pints of vodka to distribute on election day. When questions were raised about the absentee votes, the Hallum group paid $25 each to absentee voters to affirm their votes for Hallum at an Election Commission hearing. The voters came from District 54, which includes West Memphis, Marion, Earle,

and Turrell, Arkansas, as well as other rural areas of Crittenden County.

Said the indictment:

*On or about May 22, 2011, PHILLIP WAYNE CARTER discussed the HALLUM campaign's absentee ballot strategy with an individual known to the Attorney for the United States and stated, "Folk gonna vote for whoever pay them."*

Here's the news release on the case. Jane Duke led the investigation and was quoted:

*"The most fundamental rights we enjoy as American citizens include the ability to vote and, if we so choose, to run for elected office. In a nation in which every person's vote matters, protecting the integrity of the electoral process from those who seek to win office by cheating the system is critical. Voter fraud schemes such as that carried out in the 2011 District 54 race have the devastating effect of eroding public confidence in elected officials and disenfranchising voters," said Duke.*

Members of the House Democratic caucus received this e-mail from Hallum's address before the announcement:

*Hello everyone,*

*It is with deep regret that I am sending this message out to each of you today. This afternoon I am going to plead guilty to federal charges stemming from an investigation into my special election. I took some bad advice that led to some bad decisions on my part. I am going to stand up and accept full responsibility for my actions. I am truly sorry because I know this news will have an effect on everyone's upcoming race. I would give anything to be able to change what happened but unfortunately I can not undo the past. Please accept my apologies and if any needs to contact me my number is 9013015650. It has been the greatest honor of my life to serve with each of you and our state is a better place for what you have done*

*Sincerely,*

*Hudson Hallum*
*Chief Paramedic, Crittenden EMS*
*State Representative (D-Marion)*

A Democratic Party spokesman confirmed to me that Hallum resigned from office today. Candace Martin issued this statement:

*We are disappointed by the actions taken by Rep. Hallum. The sanctity of our elections and the rights of voters to see that every vote is counted fairly and responsibly are some of the basic, fundamental liberties of our democracy. No threat to those liberties can or should be endured. Hudson Hallum is taking responsiblity for his actions and we hope that will help resolve things in a way to see that such activities will never be tolerated.*

Sentencing will come later after pre-sentence reports. The maximum statutory penalty for the conspiracy charge is 5 years imprisonment plus a potential fine of $250,000. The statements so far make no mention of inducements



U.S. Department of Justice

*United States Attorney*
*Eastern District of Arkansas*

FOR IMMEDIATE RELEASE
September 5, 2012

CONTACT: Jane W. Duke,
Attorney for the United
States, Acting Under
Authority Conferred by
28 U.S.C. § 515
·501-340-2650

## FOUR CRITTENDEN COUNTY MEN CHARGED
## WITH CONSPIRACY TO COMMIT ELECTION FRAUD
*State Legislator and Three Others Enter Guilty Pleas*

Little Rock - Jane W. Duke, Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. § 515, and Federal Bureau of Investigation Special Agent in Charge Randall C. Coleman announced the waiver of indictment and filing of a felony information charging four Crittenden County men with conspiracy to commit election fraud. This is the first known use of the Travel Act to bring charges for vote-buying in a purely local election.

The individuals charged include Hudson Hallum, State Representative for District 54; his father, Kent Hallum; West Memphis City Councilman Phillip Wayne Carter; and West Memphis Police Officer Sam Malone. In addition to waiving indictment, the defendants entered guilty pleas to the charge contained in the information. In doing so, each acknowledged his participation in a conspiracy to bribe voters to influence absentee votes in the Arkansas District 54 primary, its runoff election, and the general election, all of which were held between February and July 2011. At the time of the elections, District 54 included West Memphis, Marion, Earle, and Turrell, Arkansas, as well as other rural areas of Crittenden County.

"The most fundamental rights we enjoy as American citizens include the ability to vote and, if we so choose, to run for elected office. In a nation in which every person's vote matters, protecting the integrity of the electoral process from those who seek to win office by cheating the system is critical. Voter fraud schemes such as that carried out in the 2011 District 54 race have the devastating effect of eroding public confidence in elected officials and disenfranchising voters," said Duke.

13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )
)
v. ) No. 4:12-CR-00230 KGB
)
HUDSON HALLUM; )
KENT HALLUM; )
PHILLIP WAYNE CARTER; and ) 18 U.S.C. § 371
SAM MALONE )
)

## INFORMATION

THE ATTORNEY FOR THE UNITED STATES, ACTING UNDER AUTHORITY
CONFERRED BY 28 U.S.C. § 515 CHARGES THAT:

### COUNT 1
### (TRAVEL ACT CONSPIRACY)

*A. Factual Background*

1. On or about January 26, 2011, the state representative for District 54 of the
Arkansas House of Representatives resigned his seat. Accordingly, a special primary election to
fill the seat was scheduled to take place in April 2011. At the time, Arkansas District 54
included West Memphis, Marion, Earle, and Turrell, Arkansas, as well as other rural areas of
Crittenden County, Arkansas.

2. Along with others, HUDSON HALLUM declared his candidacy as a Democrat in
the special primary election. Because neither HUDSON HALLUM nor any other Democratic
candidate obtained the required majority of votes in the April 20, 2011 special primary election,
a special primary runoff election took place on May 10, 2011.

3. A special general election took place on July 12, 2011.

4. KENT HALLUM, father of HUDSON HALLUM, managed the finances and certain

1

U.S. District Court
Eastern District of Arkansas
James W. McCormack
600 West Capital Ave.
Room A149
Little Rock, AR 72201

Kathleen S. Tighe or Brian R. Beers or
Authorized Person
Director Office of Information and Privacy
Department of Justice
10ᵗʰ & Constitution NW
Washington, D.C. 20530

Subject: Freedom of Information Act "FOIA" request

Dear Citizen Worker;

This is a request under Freedom of Information Act. I request that a copy of the
following documents be provided to me, without delay on the attached item list showing:

1  Who filed complaint to enter property to seize items?
2  Was there a warrant if so, provide a copy.
3  What Judge signed the warrant if any or order to enter property?
4  Names of the persons who actually entered the property, building and office.
5  Who let the officers into the building in the first instance, and did he sign
   anything for letting them in, and is that person the owner of the building at that
   time.

I request a waiver of all fees for this request.

Disclosure of the requested information to me is in the public interest, because it is likely
to contribute *significantly* to public understanding of the operations and activities of the
federal government, and is not *primarily* in my commercial interest.

See also 5 USC 552(a)(4)(B). Statues conferring original jurisdiction on federal district
courts must be *strictly* construed.

If you are not the correct person to whom this FOIA request should be directed, please
forward it without delay to the correct person(s).

Thank you for your timely consideration of this FOIA request.

Fred Smith
Box 303
Crawfordsville, Arkansas 72327

Fred Smith all Rights Reserved without Prejudice
Sept 27, 2016

# STATE OF ARKANSAS



To All to Whom These Presents Shall Come-Greeting:

*Know Ye, That Whereas,* It appears that

## Fred Smith

*was duly elected State Representative District 50 in and for the State of Arkansas, at an election held on the sixth day of November, Two Thousand Twelve.*

*Therefore, I, Mike Beebe, Governor of the State of Arkansas, in the name and by authority of the people of the State of Arkansas, vested in me by the Constitution and the laws of said State do hereby commission the aforenamed to the office of*

### State Representative District 50

*in and for the State of Arkansas for and during the term prescribed by the laws of the State.*

*Fred Smith is, therefore, hereby authorized to do and perform all and singular the duties incumbent upon the office of*

### State Representative District 50

*in and for the State of Arkansas, according to law and the trust reposed in said office.*

*In Testimony Whereof, I have hereunto set my hand and caused the Great Seal of the State of Arkansas to be affixed at Little Rock, this fourteenth day of January, in the year of Our Lord, Two Thousand Thirteen.*

Mike Beebe, Governor

Mark Martin, Secretary of State

Statement of: __Frederick Smith__ Date: __Sept 20 2016__ Page: __1__

Address: __P.O Box 303__ Phone #: __901 573 9710__

DOB: _____ M/F __M__ B/W __B__ Work place: __N/A__

Case file #: _____ Complaint #: __1804542__

On May 29, 2012, Brian R. Beers, an of officals enter
into my building, that was open by a city councilman
name Phillip Carter, to allow Brian Beers and offical to
take such property without cause, I Fred Smith was the
tenant of the building, I leasing this building through
15th church to this day I don't know how a west memphs
city councilman, come out of nowhere and open my door
and let officer take my property... I believe Brian Beers,
enter my property, it a illegal Eantering, Theft it property,
Burglary, Now I have information, and sworn affidavit

" See Attach "

Violated my 4th AMENDMIENT

I have written this statement consisting of __1__ page(s) and I affirm to the truth and
accuracy of the facts contained therein.

This statement was completed at __12:20__ p.m., on the __20__ day of __Sept__ __2016__, 20 __16__.

WITNESS: _____

WITNESS: _____

Signature of person giving voluntary statement

FORM: WMPD S-003 STATEMENT FORM

Ark.West Memphis Police Depart.

# UNITED STATES DISTRICT COURT
for the

Frederick Smith )
*Plaintiff/Petitioner* )
)
v. )  Civil Action No.
U.S. Department of Etc. )
*Defendant/Respondent* )
Brian Beers, Special Agent
Phillip Carter, Fmr. City Council

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are:  $ _____O_____ , and my take-home pay or wages are:  $ _____O_____ per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply):*

| | Yes | No |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: $ **0** (unemployed)

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

2005 Motorless
Ford expidition.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Living with Family

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Fred Smith Jr. son
Gabrielle Smith Daugther
Fred Smith Sr - Daddy
Tasha Smith Wife

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

None

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: JANUARY 24, 2018

_____
*Applicant's signature*

Frederick Smith
*Printed name*

IN THE **DISTRICT** COURT OF **U,S,** COURT ., ARKANSAS

IN RE PETITION OF _Fred Smith_
TO PROCEED IN FORMA PAUPERIS

CASE NO. _____

## PETITION FOR LEAVE TO PROCEED _IN FORMA PAUPERIS_

COMES NOW the Plaintiff, _Fred Smith_ , _pro se_, who hereby petitions the court for Leave to Proceed _In Forma Pauperis_ and does allege and state as follows:

1. That Plaintiff, a resident of the State of Arkansas, has prepared and desires to file with this Court a _____ **LAWSUIT** _____.

2. That Plaintiff has completed an Affidavit in Support of Request to _Proceed In Forma Pauperis_ setting out his/her income and assets. Plaintiff's Affidavit accompanies this petition.

3. That Plaintiff's income barely suffices to meet the costs of life's daily essentials and includes no allotment that could be budgeted to pay for court fees and costs incident to this proceeding.

4. That Plaintiff has no other income in addition to that described in his/her Affidavit and no means of paying such costs without being reduced to total impoverishment.

· 6. That Plaintiff believes that he/she is entitled to the relief requested in the accompanying _____ **LAWSUIT** _____ and that such action is not brought for a frivolous or malicious purpose.

WHEREFORE, Plaintiff prays that the court enter an order allowing the Plaintiff to prosecute this action *In Forma Pauperis* and that the Plaintiff may have the necessary writs and processes without payment of fees or costs for the same.

Respectfully submitted,

SIGNATURE: _____

ADDRESS: P.O. BOX 303
Crawfordsville ARk 72327

PHONE: 901 513 9710

**In Forma Pauperis Affidavit**
**[see Rule 72, Rules of Civil Procedure]**

IN THE **DISTRICT** COURT **U.S.** COURT., ARKANSAS

IN RE PETITION OF  Fred  Smith
TO PROCEED IN FORMA PAUPERIS

NO. ___

AFFIDAVIT IN SUPPORT OF
REQUEST TO PROCEED IN FORMA PAUPERIS

I, Fred Smith, being first duly sworn, depose and say that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed? Yes ___ No ✓

(a) If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

(b) If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

(a) Business, profession or any form of self-employment?

Yes ___ No ✓

(b) Rent payments, interest or dividends?

Yes ___ No ___

(c) Pensions, annuities or life insurance payments?

Yes ___ No ___

(d) Gifts or inheritances?

Yes ___ No ___

(e) Any other sources?

Yes ___ No ___

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in a checking or savings account?

Yes ___ No ✓

If the answer is yes, state the total amount in each account.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ___ No ✓

If the answer is yes, describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

Wife working Supporting the family.

Gabriel    5    Tasha  wife
Fred Jr.  11    Fred Sr.  Petitiones

[6. TO BE COMPLETED ONLY IF PETITIONER IS INCARCERATED IN THE ARKANSAS DEPARTMENT OF CORRECTION OR ANY OTHER PENAL INSTITUTION.

Do you have any funds in the inmate welfare funds?

Yes ___ No ✓

If the answer is yes, state the total amount in such account and have the certificate found below completed by the authorized officer of the institution.]


    I understand that false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

Signature of Petitioner

STATE OF ARKANSAS

COUNTY OF CRITTENDEN

    Petitioner, Fred Smith being first duly sworn under oath, presents that he/she has read and subscribed to the above and states that the information therein is true and correct.

SUBSCRIBED AND SWORN to before me this 18 day of January , 2018.

Notary Public

PAULA S. ADAMS
MY COMMISSION # 12361020
EXPIRES: April 4, 2021
Crittenden County

My commission expires:

[(To be completed by authorized officer of penal institution)

## CERTIFICATE

I hereby certify that the petitioner herein, _Fred Smith_ , has the sum of $ _O_ on account to his/her credit at the _N/A_ institution where he/she is confined.

I further certify that petitioner likewise has the following securities to his/her credit according to the records of said institution:

_NONE_

_____.

_____

Authorized Officer of Institution]

# DISTRICT COURT OF THE UNITED STATES
# EASTERN DISTRICT OF ARKANSAS

Frederick Smith

Vs.

US Department of Education 1999 BRYAN ST. HARWOOD CENTER SUITE 1440 Dallas, TX 75201
BRIAN BEERS SPECIAL AGENT 1999 BRYAN ST. HARWOOD CENTER SUITE 1440 Dallas, TX 75201
PHILLIP CARTER Former City Council 205 S. Redding St. West Memphis, AR 72301

48 ***************************************************** 48

# DECLARATION
OF

# Exempt Filing Fee Status

48 ***************************************************** 48

The Citizen of the United States Government, *not* United States of America, does make this
Declaration that the "Citizen" of the said district are exempt from cost, filing fees and charges
imposed by any courts, boards of law pursuant to and according to:

1.  Constitution of the United States Article 4, sec. 2
2.  **Hague Convention,**
3.  **State Department of the United States**
    "The citizens of each State shall be entitled to all privileges and immunities of
    citizens in the several States."
4.  7th Amendment
    "In suits at common law, where the value in controversy shall exceed twenty
    dollars, the right of trial by jury shall be preserved ..."

*Right:* Political Right...the right of petition. Blacks 3rd Ed. P. 524; Winnet v. Adam, 71 Neb.
817, 99 N. W. 681: see Black's Law Dictionary 7th Ed. Pg.1487-1488:

5.  1st Amendment Constitution of the United States:
    "...the right of the people...to Petition the Government for a redress of
    grievances".
**Petition**: A formal written application to a court requesting judicial action on a certain matter. A
recital of facts which gives rise to a cause of action"

6.  Title 8 USC 1503 (a):
    "If any person who is within the United States claims a RIGHT or PRIVILEGE as
    a National of the United States – 8 USC 1101(a) (22), and is denied such right or
    privilege by any department or independent agency or official thereof, upon the
    grounds that he is not a national of the United States, such person may institute a

action under the provisions of section 2201 of titled 28, United States codes...against the head of such department of independent agency for a judgment declaring him to be a national of the United States..."

Privilege: "A particular and peculiar benefit or advantage enjoyed by a person, Company, or **CLASS**, beyond the Common advantage of other Citizens. An exceptional or extraordinary power or exemption. A peculiar right, advantage, exemption, power, franchise, or immunity held by a person or class, not generally possessed by others".

7     14th Amendment
"No State shall make or enforce any law which shall abridge the privileges and immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property without due process of law, nor deny to any person protection of the law".

The term "Right" is nowhere defined as a filing fee, Payment, charge, burden or tax and is in violation of Constitution of the United States herein asserted. As a Foreign National Preamble-Posterity ...Citizen of the United States [whose ancestors additionally served in the Army and Navy of United States] I, claim, inter alia, the Right or Grand Fathering or Grandfather Clause.

As a "National of the United States" I have claimed the Right and Privilege so indicated in 8 USC 1503 (a), inter alia, here in named and when challenged by anyone in the department of the Clerk of court, action pursuant to 8 USC 1503(a) against the head of such department in accordance with 8 USC 2201 shall be initiated.

This _20_ day of ___ JANUARY ___ 2018

Fred Smith

COPY

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Frederick Smith

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

US Department of Education
Brian Beers Special Agent/ PHILLIP Carter

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
Plaintiff

☐ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | ☐ 367 Health Care/ Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans | Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| (Excludes Veterans) | ☐ 340 Marine | Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 720 Labor/Management | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | ☐ 362 Personal Injury - Medical Malpractice | Product Liability | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Theft of property + ILLegal Entering / Trafficking acoss State line
Brief description of cause:
search an seize without Warrant/violated Color LAW

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

**RECEIVED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**MAR 1 2 2018**

JAMES W. McCORMACK, CLERK
By: _____ Deputy Clerk

DISTRICT COURT OF THE UNITED STATES
EASTERN DIVISION OF ARKANSAS
JONESBORO DIVISION
Case:

Frederick Smith
Vs.
US Department of Education 1999 BRYAN ST. HARWOOD CENTER SUITE 1440 Dallas, TX 75201
BRIAN BEERS SPECIAL AGENT 1999 BRYAN ST. HARWOOD CENTER SUITE 1440 Dallas, TX 75201
PHILLIP CARTER Former City Council 205 S. Redding St. West Memphis, AR 72301

## MOTION
## CLERK OF COURT
## TO
## INITIATE SERVICE OF PROCESS

COMES NOW; Petitioner to complain and motion the clerk of court the following:

## SERVICE OF PROCESS FRCP 4.1

Pursuant to Rules of court the petitioner herein moves the clerk of court to initiate the "Forma
Pauperis" on the above case and serve defendants as required by the rules of court to comply
with FRCP 4 and 4.1. The Clerk of the Court is directed to prepare summonses for the
US Department of Education 1999 BRYAN ST. HARWOOD CENTER SUITE 1440 Dallas, TX 75201
BRIAN BEERS SPECIAL AGENT 1999 BRYAN ST. HARWOOD CENTER SUITE 1440 Dallas, TX 75201
PHILLIP CARTER Former City Council 205 S. Redding St. West Memphis, AR 72301
United States Marshal is directed to serve the summons, complaint, and this order on the
defendants, Plaintiff Fred Smith filed this case *pro se*, along with an application to proceed *in
forma pauperis*.

This __3__ day of _____March_____ 2018.

_____
Fred Smith

# UNITED STATES DISTRICT COURT
for the

Frederick Smith
_____
*Plaintiff(s)*

v.

U.S Department of Education
Brian Beer, Special AGent
Phillpp Carter Former City Council
_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S Department of Education 1999 Bryan ST. Harwood center Suite 1440 Dallas Tx. 75201

Brian Beers, Special Agent, 1999 Bryan ST. Harwood center Suite 1440 Dallas Tx. 75201

Phillip Carter, Former West Memphis city Council

205 S. Redding St West Memphis AR. 72301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*